UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE JOHNSON, as the Personal Representative of the ESTATE OF RYAN M. SMITH on behalf of MARK SMITH, KAHLLENA A. SMITH, LUKE-MICAH JOHNSON, JALONE JOHNSON, and ROSE JOHNSON, and ROSE JOHNSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a municipal corporation; CHRISTOPHER MYERS, an individual; RYAN BEECROFT, an individual; DANIEL JOHNSON, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C22-0609-TSZ<br><br>MINUTE ORDER RESETTING DEADLINES |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Stipulated Motion to Continue Trial Date and Other Pretrial Deadlines (Dkt #26) is GRANTED.

(2) The following dates set forth in the Court's July 12, 2022, Minute Order (Dkt. #13) are modified as follows:

ORDER - 1

| | |
|---|---|
| JURY TRIAL DATE | April 22, 2024 |
| Deadline for amending pleadings | October 2, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 2, 2023 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | November 27, 2023 |
| All motions related to expert witnesses (e.g. a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | February 8, 2024 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | March 21, 2024 |
| Agreed Pretrial Order due | April 5, 2024 |
| Trial Briefs, proposed voir dire questions, and jury instructions due | April 5, 2024 |
| Pretrial conference to be held at 10:00 AM | April 12, 2024 |

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of March, 2023.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk