UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE JOHNSON, individually and as the Personal Representative of the ESTATE OF RYAN M. SMITH, on behalf of MARK SMITH, KAHLLENA A. SMITH, LUKE-MICAH JOHNSON, JALONE JOHNSON, and ROSE JOHNSON,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE, et al.,<br><br>                Defendant. | C22-0609 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Upon review of the docket, which contains two slightly inconsistent Minute Orders, docket nos. 28 and 29, entered on the same day, *i.e.*, March 20, 2023, the Court hereby CLARIFIES that the applicable dates and deadlines in this matter are as follows:

| **JURY TRIAL DATE (7–10 days)** | **April 22, 2024** |
|---|---|
| Deadlines for joining parties, amending pleadings, and disclosing expert testimony | EXPIRED |
| Discovery motions filing deadline | November 27, 2023 |

MINUTE ORDER - 1

| Discovery completion deadline | January 2, 2024 |
|---|---|
| Dispositive motions filing deadline | February 1, 2024 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | February 8, 2024 |
| Motions in limine filing deadline | March 21, 2024 |
| Agreed pretrial order due | April 5, 2024 |
| Trial briefs, proposed voir dire questions, and jury instructions due | April 5, 2024 |
| Pretrial conference | April 12, 2024 at 10:00 a.m. |

The provisions of the original Minute Order Setting Trial and Related Dates, docket no. 13, which are repeated in the first Minute Order entered on March 20, 2023, docket no. 28, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2