The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSE JOHNSON, as the Personal Representative of the ESTATE OF RYAN M. SMITH on behalf and all beneficiaries MARK SMITH, KAHLEENA A. SMITH, LUKE-MICAH JOHNSON, JALONE JOHNSON, and ROSE JOHNSON, and ROSE JOHNSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE, a municipal corporation; CHRISTOPHER MYERS, an individual; RYAN BEECROFT, an individual; DANIEL JOHNSON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:22-CV-00609-TSZ<br><br>[PROPOSED]<br><br>STIPULATION AND ORDER EXTENDING DEADLINE TO FILE JOINT MOTIONS IN LIMINE<br><br>[CLERK'S ACTION REQUIRED]<br><br>Note on Motion Calendar: June 27, 2025 |

## **STIPULATION**

COME NOW the parties, by and through undersigned counsel, and hereby respectfully and jointly move the Court for entry of an order continuing the deadline under docket 84 to file Joint Motions in Limine from June 30, 2025, to July 02, 2025. Fed. R. Civ. P. 16(b)(4) provides that a case schedule order may be modified "only for good cause and with the judge's consent." The parties' request is made to accommodate the schedules of counsel to allow sufficient time for briefing the motions. The motions are not set to be heard by the Court until July 18, 2025. (Dkt. 84.) Counsel met and conferred regarding the

STIPULATION AND ORDER EXTENDING DEADLINE
TO FILE JOINT MOTIONS IN LIMINE - 1
2:22-CV-00609-TSZ

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Joint Motions in Limine on the morning of June 27, 2025.

Dated: June 27, 2025  SULLIVAN LAW GROUP, PLLC

*/s/ Brian M. Sullivan*
Brian M. Sullivan, WSBA #38066
Attorney for Plaintiff

Dated: June 27, 2025  KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Thomas P. Miller*
Thomas P. Miller, WSBA #34473
Attorney for Defendants City of Seattle, Chris Myers, and Ryan Beecroft

Dated: June 27, 2025  LAW OFFICE OF JOSEPH ROME, INC., P.S.

*/s/ Joseph Rome*
Joseph Rome, WSBA #37651
Attorney for Plaintiff

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that good cause exists and the deadline to file Joint Motions in Limine be continued from June 30, 2025, to July 02, 2025.

DATED this _____ day of _____, 2025.

_____
THE HONORABLE THOMAS S. ZILLY

STIPULATION AND ORDER EXTENDING DEADLINE
TO FILE JOINT MOTIONS IN LIMINE - 2
2:22-CV-00609-TSZ

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423