**EXHIBIT A**

I have been retained by counsel for the defendants City of Seattle, Ryan Beecroft, Christopher Myers, and Daniel Johnson to offer the opinions detailed below.  I am a professor of psychiatry at the University of Washington Department of Psychiatry and Director of the Addictions Division. I was asked to opine on the role of alcohol on Mr Smith's state of mind in the incident that led to his death, the science and clinical aspects of alcohol and cannabis use on human brains and behavior.

I have substantial expertise in the areas of combined addictions and psychiatric disorders having chaired federal reports in the area. I also started and have presented multiple times to the Washington State Co-occurring Disorders Conference and published both articles and chapters around co-occurring addictions and mental health disorders in peer reviewed publications.  I have been the editor of Editions Four and Five of the Principles of Addiction Medicine ("Principles") text by the American Society of Addiction Medicine (ASAM), the key reference text in the addictions area, nationally and internationally. Within Principles I have co-authored a chapter on substance-induced psychiatric disorders, including a section on alcohol induced symptoms and behaviors,  and I have edited the several other chapters that deal with alcohol.  I have further received NIH grants on the treatment of persons with alcohol use disorders. Clinically, working at both outpatient and inpatient services at Harborview, I see patients affected by alcohol on a weekly basis. Such patients often show a mix of alcohol-caused or amplified symptoms such as depression, suicide, psychosis, mania, aggression, and danger to self or others.   My qualifications and credentials are further detailed in my curriculum vitae, which is appended to this report as **Exhibit A**.

## Facts and Data Considered

In rendering my opinions in this matter, I have reviewed the following materials:

| **Documents & Records** |
|---|
| **Audio** |
| SPD 81-98 |
| SPD 81 (Audio_2150269) |
| SPD 82 (Audio_2150270) |
| SPD 83 (Audio_2150271) |
| SPD 84 (Audio_2150272) |
| SPD 85 (Audio_2150273) |
| SPD 86 (Audio_2150274) |

| |
|---|
| SPD 87 (Audio_2150275) |
| SPD 88 (Audio_2150276) |
| SPD 89 (Audio_2150277) |
| SPD 90 (Audio_2150303) |
| SPD 91 (Audio_2150304) |
| SPD 92 (Audio_2150305) |
| SPD 93 (Audio_2150306) |
| SPD 94 (Audio_2193292) |
| SPD 95 (Audio_2193293) |
| SPD 96 (LEGAL D000006-051822_911) |
| SPD 97 (LEGAL D000006-051822_911) |
| SPD 99 (LEGAL D000006-051822_RADIO TAC1) |
| SPD 100 (LEGAL D000006-051822_RADIO TAC1) |
| SPD 101 (LEGAL D000006-051822_RADIO TAC1) |
| SPD 103 (LEGAL D000006-051822_RADIO WD) |
| SPD 104 (LEGAL D000006-051822_RADIO WD) |
| SPD 105 (LEGAL D000006-051822_RADIO WD) |
| SPD 1756 (162472) |
| SPD 1756 (162472)\SFD FF Briones (first to enter apartment) |
| SPD 1757 (162481) |
| SPD 1757 (162481)\SFD FF Briones (first to enter apartment) |
| SPD 185 (2019OPA-0482 Complainant Rose Johnson Interview) |
| SPD 323 (2019OPA-0482 911 Call #1) |
| SPD 324 (2019OPA-0482 911 Call #2) |
| SPD 325 (2019OPA-0482 Call taker to Katy Nolan - Voicemail) |
| SPD 326 (2019OPA-0482 Caller asking Dispatch if they need surveillance video for Roy St) |
| SPD 327 (2019OPA-0482 Dispatch RADIO WD) |

| |
|---|
| SPD 328 (2019OPA-0482 NICE Audio File.distribution |
| SPD 329 (Audio_2150303) |
| SPD 330 (Audio_2150304) |
| SPD 331 (Audio_2150305) |
| SPD 332 (Audio_2150306) |
| SPD 333 (2019OPA-0482 RADIO TAC1) |
| SPD 334 (2019OPA-0482 Witness #2 Reporting Shots Fired) |
| SPD 335 (2019OPA-0482 Witness #3 Reporting Shots) |
| SPD 336 (2019OPA-0482 Witness #4 Reporting Shots) |
| SPD 337 (2019OPA-0482 Witness #5 Reporting Shots) |
| SPD 338 (2019OPA-0482 Witness Reporting Yelling and Gunshots) |
| SPD 1095 (Audio_2150270[1]) |
| SPD 1754 (19-165328 Officer Myers Follow Up) |
| SPD 1755 (2019-165328 SFD- FF Taylor) |
| SPD 1758 (Ackley, Steven statement) |
| SPD 1759 (Battalion Chief Haskell) |
| SPD 1760 (Calhoun, Elizabeth statement) |
| SPD 1761 (Cynnthia Smith Statement) |
| SPD 1762 (Daniel Dods Statement) |
| SPD 1763 (Involved Officer Beecroft) |
| SPD 1764 (Involved Officer Myers 3rd Interview) |
| SPD 1765 (James England Statement) |
| SPD 1766 (SFD FF Keay ) |
| SPD 1767 (SFD Lt Curtis) |
| SPD 1768 (SFD Student Medic Mullins) |
| SPD 1769 (Ulzii Gansukh Statement) |
| SPD 1770 (Ulziisaikhan, Temuulen and Lantuu, TseTse Gnyam statement) |

| |
|---|
| SPD 1771 (Victim - Fortlock, Jessica) |
| SPD 1772 (Victim - Nolen, Kathy) |
| SPD 1773 (Whisenhunt, Mary statement) |
| SPD 1774 (Willott, Heather statement) |
| SPD 1775 (Witness - Blair, Christopher) |
| SPD 1776 (Witness - Culp, Madison) |
| SPD 1777 (Witness Officer Knight) |
| SPD 1778 (Witness Officer Muoio) |
| SPD 1779 (Involved Officer Myers) |
| SPD 1780 (Jordan, Marie statement) |
| SPD 1781 (Kogut, Linda statement) |
| SPD 1782 (Mary Genova Statement) |
| SPD 1783 (Medic Student McDarmont ) |
| SPD 1784 (Robert Leyba Statement) |
| SPD 1785 (SFD FF Bergsman ) |
| SPD 1786 (SFD FF Chiu ) |
| SPD 1787 (SFD FF Dennis) |
| SPD 1788 (SFD FF Wheeler) |
| SPD 1789 (SFD Medic Loreen) |
| SPD 1790 (Thomas, Andrew statement) |
| **Expert William Neale** |
| 20230511 #34-1 Appendix C |
| 20230511 #34-1 Appendix C\Appendix C |
| 20230511 #34 Dec of Neale |
| 20230511 #34-1 Exhibit 1 |
| **Investigation Docs** |
| SPD 107-112 (BT) |

| |
|---|
| SPD 113-147 (2019OPA-0482 Intake Follow-Up) |
| SPD 148-153 (2019OPA-0482 Original Complaint Letter) |
| SPD 154 (2019OPA-0482 Case Completion Notice - COC + NE) |
| SPD 155 (2019OPA-0482 Case Completion Notice - Complainant) |
| SPD 156-170 (2019OPA-0482 DCM Final) |
| SPD 171-183 (2019OPA-0482ccs010620) |
| SPD 186-209 (2019OPA-0482 CAD 2019-165328) |
| SPD 210-314 (1_Report Number 2019-165328 - Combined Reports) |
| SPD 315 (1_19-165328-0001) |
| SPD 593-600 (2019OPA-0482 CSI Report) |
| SPD 601 (2019OPA-0482 FIT Major Investigation Summary) |
| SPD 602-678 (2019OPA-0482 Force Investigation Team Case Summary) |
| SPD 679-681 (2019OPA-0482 KCME Investigator's Report) |
| SPD 711-712 (2019OPA-0482 Notice of a Receipt of Complaint - Dispatcher Johnson) |
| SPD 713-714 (2019OPA-0482 Notice of a Receipt of Complaint - Grinstead) |
| SPD 715-716 (2019OPA-0482 Notice of a Receipt of Complaint - Myers and Beecroft) |
| SPD 717-719 (2019OPA-0482 OPA Classifiation Notification Email ).DOC |
| SPD 720-721 (2019OPA-0482 OPA Classification Notification - Complainant) |
| SPD 722-723 (2019OPA-0482 OPA Classification Notification Email  - Johnson) |
| SPD 724-725 (2019OPA-0482 OPA Classification Notification Email - Beecroft, Myers) |
| SPD 726-728 (2019OPA-0482 OPA Classification Notification Email - Expedited - Grinstead) |
| SPD 729-730 (2019OPA-0482 OPA Classification Report).DOC |
| SPD 731-743 (2019OPA-0482ccs010620-1) |
| SPD 744-746 (2019OPA-0428 Email Thread with Johnson 08-08-19) |
| SPD 747-748 (2019OPA-0482 2 2022-05-06 Summons) |

| |
|---|
| SPD 749-750 (2019OPA-0482 4 2022-05-06 Summons Beecroft) |
| SPD 751-752 (2019OPA-0482 4-1 Summons Myers) |
| SPD 753-757 (2019OPA-0482 Complainant Letter to Chief Best 12202019) |
| SPD 779-783 (2019OPA-0482 Email Thread - Rose Johnson - 08-27-19) |
| SPD 784-789 (2019OPA-0482 Email Thread - Rose Johnson 07-25-19) |
| SPD 790-791 (2019OPA-0482 Email Thread - Rose Johnson 08-27-19) |
| SPD 792-801 (2019OPA-0482 Email Thread - Rose Johnson 08-29-19) |
| SPD 802-805 (2019OPA-0482 Email Thread with Johnson 07-17-19) |
| SPD 806-845 (2019OPA-0482 New Claim Email Attachment - C-102240_Johnson - individual) |
| SPD 846-885 (2019OPA-0482 New Claim Email Attachment - C-102241__Johnson - estate of Ryan Smith) |
| SPD 886 (2019OPA-0482 Sgt Hendry Email 06-12-19) |
| SPD 887-892 (2019OPA-0482 WSCAAA Email Attachment) |
| SPD 893-895 (2019OPA-Email - From Johnson - 08-07-19) |
| SPD 896 (2019OPA-Email - From Johnson - 08-19-19) |
| SPD 897-901 (BT) |
| SPD 902-907 (BT) |
| SPD 908-911 (BT) |
| SPD 1040-1043 (BT - Myers) |
| SPD 1044-1047 (BT - Beecroft) |
| SPD 1048-1051 (BT) |
| SPD 1053-1076 (2019-165328 SPD CAD) |
| SPD 1077-1094 (2019-165328 West FRB OIS Finding) |
| SPD 1096-1100 (BT) |
| SPD 1101-1118 (2019-165328 West FRB OIS Finding) |
| SPD 1119-1120 (2019FIT-0011 FIT Captain Reivew) |
| SPD 1122-1126 (BT) |

| |
|---|
| SPD 1127-1150 (19-165328 Involved Officer Beecroft) |
| SPD 1151-1195 (19-165328 Involved Officer Myers 1) |
| SPD 1196-1206 (19-165328 Involved Officer Myers 2) |
| SPD 1207-1215 (19-165328 Involved Officer Myers 3) |
| SPD 1216-1217 (2019-165328 FIT Sgt Review) |
| SPD 1218-1235 (2019-165328 West FRB OIS Finding) |
| SPD 1236-1237 (2019FIT-0011 FIT Captain Reivew) |
| SPD 1238-1240 (2019FIT-0011 FIT LT Review -signed) |
| SPD 1241-1255 (Officer Knight Statement) |
| SPD 1256-1282 (Officer Muoio Statement) |
| SPD 1283-1286 (BT) |
| SPD 1287 (2019-165328 Evidence Supplement) |
| SPD 1288-1305 (2019-165328 West FRB OIS Finding) |
| SPD 1306-1308 (BT) |
| SPD 1309-1326 (2019-165328 West FRB OIS Finding) |
| SPD 1327-1331 (BT) |
| SPD 1332-1333 (2019-165328 FIT Sgt Review) |
| SPD 1334 (2019-165328 FRB Action Items, 3rd Watch Personnel) |
| SPD 1335 (2019-165328 FRB Action, 2nd Watch) |
| SPD 1336-1353 (2019-165328 West FRB OIS Finding) |
| SPD 1354-1355 (2019FIT-0011 FIT Captain Reivew) |
| SPD 1356-1358 (2019FIT-0011 FIT LT Review -signed) |
| SPD 1359-1365 (BT) |
| SPD 1408-1456 (2019-165328 CAD) |
| SPD 1457-1577 (1_Case Jacket - Case _ 2019-165328) |
| SPD 1579 (2_2019-162276 VICTIM FOLLOW-UP REPORT SIRAN SHEN) |
| SPD 1580-1587 (3_2019-165328 CSI Report Signed) |

| |
|---|
| SPD 1588-1589 (4_2019-165328 STATEMENT FORM LOUIS MAHRE) |
| SPD 1590 (5_2019-165328 apartment _w evid__clean_) |
| SPD 1591 (6_2019-165328 entry and hallway _knight__clean_) |
| SPD 1592 (7_2019-165328 entry and hallway _muoio__clean_) |
| SPD 1593 (8_2019-165328 entry and hallway _w evid__clean_) |
| SPD 1594 (9_2019-165328 officer positions defects _clean_) |
| SPD 1595 (10_2019-165328 overall _clean_) |
| SPD 1596 (11_2019-165328 overall apartment _clean_) |
| SPD 1600 (1_2019-165328 apartment _w evid__clean_) |
| SPD 1601 (6_2019-165328 overall _clean_) |
| SPD 1602 (7_2019-165328 overall apartment _clean_) |
| SPD 1603-1610 (1_2019-165328 CSI Report Signed) |
| SPD 1613 (2019-167718 CAD) |
| SPD 1614-1617 (Case Jacket - Case _ 2019-167718) |
| SPD 1753 (Smith Person Profile - May 27_ 2022 09_21) |
| SPD 1791-1829 (Merritt_PPT_2019-0011) |
| SPD 1830-1886 (2019-165328_CSI_Portion) |
| SPD 1887-1963 (2019-165328 OIS FIR (final copy) |
| SPD 1964-1965 (2019-165328 FIT Sgt Review) |
| SPD 1971-2104 (GOR) |
| SPD 2234 (Precinct Captain review) |
| SPD 2240 (19-165328 PSS Beecroft) |
| SPD 2241-2244 (Blue Team Lvl3 Officer Beecroft) |
| SPD 2245-2248 (Blue Team FD Officer Beecroft) |
| SPD 2249-2272 (19-165328 Involved Officer Beecroft) |
| SPD 2273 (Beecroft's Sketch DSC_0003) |
| SPD 2274-2277 (Blue Team Lvl1 Officer Knight) |

| |
|---|
| SPD 2278-2292 (Officer Knight Statement) |
| SPD 2293 (Knight Sketch DSC_0004) |
| SPD 2294 (Knight Sketch DSC_0005) |
| SPD 2295 (19-165328 PSS Myers) |
| SPD 2296-2300 (Blue Team Lvl3 Officer Myers) |
| SPD 2301-2304 (Blue Team FD Officer Myers) |
| SPD 2305-2349 (19-165328 Involved Officer Myers 1) |
| SPD 2350 (Myers Sketch DSC_0001) |
| SPD 2351 (Myers Sketch DSC_0002) |
| SPD 2352-2362 (19-165328 Involved Officer Myers 2) |
| SPD 2363-2371 (19-165328 Involved Officer Myers 3) |
| SPD 2372 (Det Dewey Statement) |
| SPD 2373-2376 (A-Det Gordillo Statement) |
| SPD 2377-2378 (Det Howard Statement) |
| SPD 2379-2380 (Det Kelly Statement) |
| SPD 2381-2383 (Det Kennedy Statement) |
| SPD 2384 (Sgt Kraus' Statement) |
| SPD 2385-2386 (A-Det Lapinsky Statement) |
| SPD 2387 (DOC Officer Mahre Statement) |
| SPD 2388-2414 (Officer Muoio Statement) |
| SPD 2415 (Muoio Sketch DSC_0006) |
| SPD 2416 (Muoio Sketch DSC_0007) |
| SPD 2417 (Capt Sackman's Statement) |
| SPD 2418-2419 (Det Simmons Statement) |
| SPD 2420 (Officer Tre Smith Statement) |
| SPD 2421-2424 (SFD FF Briones, Matt) |
| SPD 2425-2428 (SFD Medic Loreen, Carl) |

| |
|---|
| SPD 2429-2430 (SFD Medic Taylor, Cheryl) |
| SPD 2431-2467 (19-165328 Victim Nolan, Katy) |
| SPD 2468-2477 (19-165328 Witness Blair, Christopher) |
| SPD 2478-2480 (19-165328 Witness Culp, Madison) |
| SPD 2481-2487 (19-165328 Witness Jessica Portlock) |
| SPD 2488-2493 (19-165328 Witness Odegard, Kristen BWV extraction) |
| SPD 2494-2497 (19-165328 Witness Seidell, Mary) |
| SPD 2498-2500 (19-165328 Witness Sobczyk, Lydia BWV extraction) |
| SPD 2537-2540 (Subject Information) |
| SPD 2541 (Subject DOL) |
| SPD 2542 (Subject RMS query) |
| SPD 2551-2557 (CSI Scene Diagrams) |
| SPD 2558-2562 (Add'l CSI Diagrams) |
| SPD 2563 (Add'l CSI Diagrams II) |
| SPD 2564 (Aerial Map) |
| SPD 2565 (Satellite Map) |
| SPD 2566-2567 (Merritt Scene Canvass) |
| SPD 2568 (Fingerprint Analysis Report) |
| SPD 2766 (Advisement - Beecroft) |
| SPD 2767 (Advisement- Myers) |
| SPD 2768 (Advisement- Myers 2) |
| SPD 2769 (Myers Taser Download) |
| SPD 2770 (Advisement- Knight) |
| SPD 2771-2867 (Knight Taser Download) |
| SPD 2868 (Advisement- Muoio) |
| SPD 2869 (Mouio Taser Download) |
| SPD 2970-2973 (R Beecroft 7722) |

| |
|---|
| SPD 2974-2977 (J Knight 8577) |
| SPD 2978-2984 (C Myers 5452) |
| SPD 2985 (DOL for Victim Nolan) |
| SPD 2986-2989 (2019-132314 CAD) |
| SPD 2990-2992 (2019-132314 GO) |
| SPD 2993-2998 (Justifiable Homicide 2019-167718) |
| SPD 2999-3001 (Search Warrant) |
| SPD 3002-3005 (Search Warrant Affidavit) |
| SPD 3006-3007 (Judge Keenan Approval) |
| SPD 3008-3009 (Inventory and Return of Service) |
| SPD 3050-3051 (19-46684 SFD CAD) |
| SPD 3076-3078 (19-46684 SFD PCR) |
| SPD 3079 (SFD CAD 190046693 (assessment of officer Myers)) |
| SPD 3127 (Key Release Form) |
| SPD 3128 (Handgun Exchange Officer Myers) |
| SPD 3129-3135 (Multiple Crime Scene Logs) |
| SPD 3136 (Incident# 5047136 has been logged for you) |
| SPD 3137 (WPCT vehicle 34032) |
| SPD 3138 (SIR) |
| SPD 3139 (Incident# 5047136 is resolved - Requested Back Camera Footage Downloaded) |
| SPD 3140 (Peer Support Debrief Request) |
| SPD 3141 (Beecroft OIS- Hearing check) |
| SPD 3142 (FIT Contact Letter Pierce) |
| SPD 3143 (Print DNA email) |
| SPD 3144-3145 (DNA Re 19-165328) |
| SPD 3146 (DNA swabs) |
| SPD 3147-3148 (Email with Vict Nolan) |

| |
|---|
| SPD 3149 (Latent Prints from Photos) |
| SPD 3150 (FW  extension request) |
| SPD 3151 (Question - Do Not Disclose) |
| SPD 3152 (MIS 2019-0011) |
| SPD 3153 (SIR 2019-165328) |
| **ME Docs** |
| SPD 2585-2762 (KCME Photos - 19-0998) |
| SPD 2569-2584 (KCME Autopsy Report) |
| SPD 2763-2765 (Toxicology Report) |
| **News & Articles** |
| PD 2235 (KIRO 7 News Footage) |
| PD 2236 (Q13 News Footage) |
| PD 3080-3084 (Man Killed In Seattle Police Shooting During Domestic Incident _ Seattle, WA Patch) |
| PD 3085-3086 (Media clips) |
| PD 3087-3093 (Officers kill man threatening girlfriend with knife, SPD says _ KOMO) |
| PD 3094-3098 (Seattle police fatally shoot man in Lower Queen Anne apartment after 911 call from girlfriend _ The Seattle Times) |
| PD 3099-3104 (Seattle Police Kills Armed Man In Lower Queen Anne Shooting) |
| PD 3105-3109 (Seattle police release body cam video of deadly shooting in Queen Anne _ KIRO-TV) |
| PD 3110-3115 (Seattle police release video of officers fatally shooting man in Queen Anne apartment _ The Seattle Times) |
| PD 3116-3117 (Seattle Police_ Officers fatally shoot knife-wielding man threatening his girlfriend - seattlepicom) |
| PD 3118-3126 (Seattle Police_ Officers shoot, kill man with knife at Lower Queen Anne apartment complex _ Q13 FOX News) |
| **Photos** |
| SPD 344- SPD 592 |

| **Policies** |
| --- |
| SPD 14385-15144 (050719_Seattle Police Department Manual) |
| **Prior Incidents** |
| SPD 015577-015581 Case_Jacket |
| **Training** |
| SPD 2970-2973 (R Beecroft 7722) |
| SPD 2978-2984 (C Myers 5452) |
| **Video** |
| SPD 912 (A_Sgt_Hanley's_BWV) |
| SPD 913 (AXON_Body_2_Video_2019-05-08_2020) |
| SPD 914 (Officer_Accomando's_BWV) |
| SPD 915 (Officer_Akiyama's_BWV) |
| SPD 916 (Officer_Backman's_BWV) |
| SPD 917 (Officer_Barnett's_BWV) |
| SPD 918 (Officer_Beecroft's_BWV) |
| SPD 919 (Officer_Branham's_BWV_2) |
| SPD 920 (Officer_Branham's_BWV_3) |
| SPD 921 (Officer_Branham's_BWV) |
| SPD 922 (Officer_Cloninger's_BWV) |
| SPD 923 (Officer_Daranciang's_BWV) |
| SPD 924 (Officer_Doak's_BWV) |
| SPD 925 (Officer_Doaks'_BWV_2) |
| SPD 926 (Officer_Flick's_BWV) |
| SPD 927 (Officer_Hoffman's_BWV) |
| SPD 928 (Officer_Joyce's_BWV) |
| SPD 929 (Officer_Juarez's_BWV) |
| SPD 930 (Officer_Kim's_BWV) |

| |
|---|
| SPD 931 (Officer_Knight_BWV) |
| SPD 932 (Officer_Kral's_BWV) |
| SPD 933 (Officer_Lee's_BWV) |
| SPD 934 (Officer_Mayer's_BWV) |
| SPD 935 (Officer_Morasco's_BWV) |
| SPD 936 (Officer_Muoio_BWV) |
| SPD 937 (Officer_Murphy's_BWV) |
| SPD 938 (Officer_Myers'_BWV) |
| SPD 939 (Officer_Parker's_BWV) |
| SPD 940 (Officer_Passarella's_BWV) |
| SPD 941 (Officer_Pendt's_BWV) |
| SPD 942 (Officer_Preuss'_BWV) |
| SPD 943 (Officer_Richardson's_BWV) |
| SPD 944 (Officer_Ridlon's_BWV) |
| SPD 945 (Officer_Roger's_BWV) |
| SPD 946 (Officer_Rothwell's_BWV) |
| SPD 947 (Officer_Suska's_BWV_2) |
| SPD 948 (Officer_Suska's_BWV) |
| SPD 949 (Officer_Turk's_BWV) |
| SPD 950 (Officer_Velasquez'_BWV) |
| SPD 951 (Sgt._Bourn's_BWV) |
| SPD 952 (Sgt._Daly's_BWV) |
| SPD 953 (Sgt._Fliegel's_BWV) |
| SPD 954 (Sgt._Kraus'_BWV) |
| SPD 955 (Sgt._Lang's_BWV) |
| SPD 2237 (DND - Witness - Sobczyk,Lydia #301) |
| SPD 2238 (Witness - Seidell, Mary #311) |

| |
|---|
| SPD 2239 (DND - Witness - Odegard,Kristen #315) |
| SPD 339 (Officer_Beecroft_s_BWV) |
| SPD 340 (Officer_Knight_BWV) |
| SPD 341 (Officer_Muoio_BWV) |
| SPD 342 (Officer_Myers__BWV) Transcript of Dispatch and 911 Calls |

## Opinions

All opinions set forth in this report are rendered on a more probable than not basis and to a reasonable degree of medical and scientific certainty.  The questions I have been asked to answer in this case are in bold font, with my answers and opinions in plain font.

**What is an ethanol reading is and what is its relationship to a blood alcohol concentration?**

In medical clinical use and reports, "Blood Alcohol" is a short phrase for Blood Alcohol Concentration or BAC.   The type of alcohol most commonly analyzed in BAC reports is for "ethanol," which is the alcohol that is contained in beer, wine, and hard liquors, such as whiskey, vodka etc.  For example, in Washington and most states, a driver with a BAC of .08 or higher (grams/100 ml) is considered to be driving under the influence of (impaired by) intoxicating liquor. This concentration can be measured through blood, breathalyzer, or urine, though blood provides the most reliable data.    When toxicology reports mention various substances, they use the term ethanol to specify which type of alcohol is being found in the submitted sample.  In this case, Ryan Smith's postmortem blood alcohol concentration of ethanol was found to be .36 g/100 ml (or a BAC of .360), which is over 4 times the legal threshold for operating a motor vehicle.

**How is a BAC of .360 likely to affect an adult male generally and Mr. Smith specifically?**

The normal BAC of someone who has <u>not</u> been drinking alcohol is "0," but for someone who has been currently drinking, the BAC goes up with each drink.  As a person's BAC increases, their behavior and physiology become more affected. Research has evaluated how increasing BAC levels of alcohol affect intoxication, judgement, impulsivity, aggression, and levels of consciousness (see the references below this paragraph).   For example, while a BAC of .08 is legally impaired, it also affects most people's feelings of intoxication, impulsivity, and judgement and these problems increase as BAC increases.  With a BAC level between .16 and .2, most people slur words, become unsteady on their feet, are increasingly intoxicated, and their judgement and ability to solve problems worsens while their aggression and impulsiveness increases, and some may even "pass out."   Effects also depend on the person's previous tolerance to alcohol, which is a function of both genetics and exposure (meaning regular heavy drinking history). As the level increases over .2, people become more disinhibited, say and do things they normally might not, and also may become aggressive and assaultive, especially if that is in their history.   At levels above .3, most people, even those with high tolerance, become either comatose or so impaired that

rational thinking, communicating and responding is not possible. Some people at or above a .3 even stop breathing. A BAC of 0.4 is usually fatal.

Mr. Smith's postmortem alcohol was .36, meaning his level of intoxication and impairment was over 4 times the legal driving limit of .08. On a more probable than not basis, this level of intoxication substantially impaired his ability to exercise judgment, rationally communicate, respond meaningfully to verbal interactions, effectively comply with police commands, and accurately perceive his surroundings. On a more probable than not basis, as his BAC and level of intoxication was increasing, it also impacted and worsened his agitated, aggressive, and assaultive behavior. While Mr. Smith's BAC was not tested until after the shooting incident, pre and post portem BAC's have been shown to be highly correlated. The fact that Mr. Smith was able to stand and hold a knife with such a high BAC indicates a very high tolerance to alcohol, although as mentioned above, he was more likely than not unable to rationally communicate at that BAC.

My conclusions about the impact and effects of Mr. Smith's level of intoxication are supported by his behavior on May 8, 2019, as demonstrated through the reports by Katy Nolan and the activities captured on police video from that date. As documented, Mr. Smith was assaultive and threatening toward Ms. Nolan, and even when the police responded to the apartment and announced themselves and eventually kicked in the door, he did not speak to the police officers or comply with their commands to drop the knife he was holding. Instead, he moved towards the officers while still holding the knife. He was clearly demonstrating poor judgment, impulsivity, and dangerous behavior and was carrying a knife in an assaultive position when police first saw him, as can be seen on the police video. Intoxicated persons with knives are unpredictable and we know that minutes previously Ms. Nolan reported he had been threatening her with a knife, resulting in the police call.

*Paton A. Alcohol in the body. BMJ. 2005 Jan 8;330(7482):85-7. doi: 10.1136/bmj.330.7482.85. PMID: 15637372; PMCID: PMC543875.*

*Naranjo CA, Bremner KE. Behavioural correlates of alcohol intoxication. Addiction. 1993 Jan;88(1):25-35. PMID: 8448514.*

*Duke AA, Giancola PR, Morris DH, Holt JC, Gunn RL. Alcohol dose and aggression: another reason why drinking more is a bad idea. J Stud Alcohol Drugs. 2011 Jan;72(1):34-43. doi: 10.15288/jsad.2011.72.34. PMID: 21138709; PMCID: PMC3001679.*

*Greene N, Esser MB, Vesselinov R, Auman KM, Kerns TJ, Lauerman MH. Variability in antemortem and postmortem blood alcohol concentration levels among fatally injured adults. Am J Drug Alcohol Abuse. 2021 Jan 2;47(1):84-91. doi: 10.1080/00952990.2020.1822856. Epub 2020 Oct 9. PMID: 33034526; PMCID: PMC8756338.*

**What is the likely amount of alcohol Mr. Smith would have to have consumed to achieve the reading reported on his toxicology report?**

It is impossible to calculate exactly how much Mr. Smith imbibed, as we don't know the rate or how long he was drinking. However, his girlfriend reported that Mr. Smith "was passed

out drunk on the couch" before she woke him up around noon that day.  When she returned around 4:45 p.m., she reported that he was slamming doors while packing up his things and then tackled her when she tried to call the police and threatened her with a switch blade knife.  She also described Mr. Smith as "a terrible drinker" and "an angry drunk."  Mr. Smith likely consumed a great deal of alcohol on May 8, 2019, probably at least a case of beer, or a quart, liter or more of hard liquor, in a few hours. Even with a high tolerance to alcohol, Mr. Smith's BAC of .36 is an indication that he had a massive amount to drink that day.

**How does THC typically effect the brain, especially when mixed with alcohol, and can you determine whether Mr. Smith consumed THC the day of this incident and, if so, whether it likely impacted his brain chemistry, perceptions, behaviors, and actions?**

The combination of alcohol with cannabis has been shown to be additive in regards to intimate partner violence, as well as levels of felt intoxication.  The postmortem THC toxicology showed a 1.7 ng/ml level of THC (cannabis), so we know that he had been using cannabis prior. However, this is a relatively small level, and given that THC levels can stay measurable for weeks, we don't know when or how much he used.  In addition, his BAC was so high, that it alone, over THC level or any past psychiatric history, was more likely than not, the key factor, by far, affecting his level of consciousness and ability to function.

*Cunradi CB, Caetano R, Alter HJ, Ponicki WR. Association of Cannabis Use and At-Risk Alcohol Use With Intimate Partner Violence in an Urban ED Sample. J Emerg Nurs. 2022 Sep;48(5):504-514. doi: 10.1016/j.jen.2022.04.002. Epub 2022 Jun 4. PMID: 35667891; PMCID: PMC9464675.*

**Mr. Smith may have suffered from mental health conditions such as anxiety and/or depression.  How, if at all, would that impact your opinions regarding how alcohol was impacting his brain chemistry and behavior at the time of this incident?**

Once a person's alcohol level enters BAC level above .3, the brain is, more likely than not, so affected by alcohol that it overwhelms memory, judgment, and consciousness itself.  On a more likely than not basis, Mr. Smith's alcohol consumption and intoxication was much more of a factor in his state of consciousness, at the time of his death, than past depression or anxiety.  Additionally, Mr. Smith's girlfriend indicated that he had been on medications for anxiety but not taking them, and that he had been a boxer and was an aggressive person.  Studies have shown that personality traits can be enhanced with alcohol.  Given his behavior on May 8, 2019, it is more likely than not that Mr. Smith's alcohol consumption increased his personal tendency towards aggressive behavior, regardless of its origin.  Even in her interview, Ms. Nolan expressed her belief that this May 8, 2019, incident was different than past incidents because "he had too much alcohol in him." She also stated that "alcohol is his life."

**How, if at all, would Mr. Smith's intoxication level have impacted his ability to communicate with police officers and respond to police commands?**

With a BAC over .3, as discussed above, most people would be either unconscious, or so impaired they would have difficulty with any kinds of communication.  As discussed above, given

the postmortem level of .36, it is more likely than not Mr. Smith was so impaired he could not understand or rationally respond to police commands.

**How, if at all, does Mr. Smith's alcohol intoxication impact a propensity for violence?**

Alcohol is well known, through many studies and reports on its use, especially at high levels, to enhance aggression and violence. Forty percent of persons incarcerated for assaults were intoxicated on alcohol at the time of the assault, two-thirds of victims of intimate partner violence report alcohol involvement in the assaulter, and forty percent of convicted murderers had reported use of alcohol before or during the crime.

*https://www.alcoholrehabguide.org/alcohol/crimes/#:~:text=On%20average%2C%20roughly% 2040%25%20of,the%20time%20of%20their%20arrest.*

*Sontate KV, Rahim Kamaluddin M, Naina Mohamed I, Mohamed RMP, Shaikh MF, Kamal H, Kumar J.* <u>*Alcohol, Aggression, and Violence*</u>: *From Public Health to Neuroscience. Front Psychol. 2021 Dec 20;12:699726. doi: 10.3389/fpsyg.2021.699726. PMID: 35002823; PMCID: PMC8729263.*

### Testimony in the Last Four Years

I have testified as an expert witness at trial or deposition in the following cases in the last four years:

2018
U.S. v. Aubrey Taylor
  U.S. Attorney's Office Western District of Washington   Prosecution
2019
Upchurch vs Presence St Mary and Elizabeth Medical Center
   Chicago Court File 20 L 7193   Plaintiff
2021
In re Marriage of Brazier
  King County Superior Court, Cause No. 16-3-06130-7 SEA  Plaintiff
Barret vs City of Yakima
  Superior Court WA  Yakima 2120131039   Defense
West vs City of Montesano,
  US District Court Tacoma 3:21-CV-05077 BHS   Defense
State of Washington vs Rankine,
  Superior Court. Pierce County, 21-1-01288-2   Defense
2022
Carter Mixon et al vs City of Tacoma et al,
  Cause No. 3:21-CV-05692   Defense
2023
BRENDEN CORR vs Polyclinic
  King County Superior Court, Cause No.   No. 22-2-14615-0 SEA

### Rate of Compensation

I am being compensated at a rate of $800 per hour for document review, study, and phone calls; $900 per hour for deposition testimony; and $1,000 per hour for trial testimony.

### List of Publications Authored in Past 10 Years

I have authored or contributed to the following publications:

1. Srebnik, D., Sugar, A., Coblentz, P., McDonell, M.G., Angelo, F., Lowe, J.M., Ries, R.K., & Roll, J.M. Acceptability of contingency management among clinicians and clients within a co-occurring mental health and substance use treatment program. American Journal on Addictions, 22(5): 432-6, 2013.

2. McDonell, M.G., Srebnik, D., Angelo, F., McPherson, S., Lowe, J.M., Sugar, A., Short, R.A., Roll, J.M., Ries, R.K. Randomized controlled trial of contingency management for psycho-stimulant use in community mental health outpatients with co-occurring serious mental illness. American Journal of Psychiatry, 170(1): 94-101, 2013.

3. Angelo, F.A., McDonell, M.G., Lewin, M.R., Srebnik, D., Lowe, J., Roll, J., Ries, R.K. Predictors of stimulant abuse treatment outcomes in severely mentally ill outpatients. Drug and Alcohol Dependence, 131(1-2): 162-5, 2013.

4. Grant, T.M., Brown, N.N., Dubovsky, D., Sparrow, J., Ries, R. The impact of prenatal alcohol exposure on addiction treatment. Journal of Addiction Medicine, 7(2): 87-95, 2013.

5. Voss, W.D., Kaufman, E., O'Connor, S.S., Comtois, K.A., Conner, K.R., Ries, R.K. Preventing addiction related suicide: A pilot study. Journal of Substance Abuse Treatment, 44(5): 565-9, 2013.

6. Black, A.C., McMahon, T.J., Rosenheck, R.A., Ball, S.A., Ries, R.K., Ames, D., Rosen, M.I. Development of the Clinician Assessment of Financial Incapability (CAFI). Psychiatry Research, 215(3): 784-9, 2014.

7. Collins, S. E., Saxon, A.J., Duncan, M.H., Smart, B. F., Merrill, J. O., Malone, D. K., Jackson, T. R., Clifasefi, S.L., Joesch, J., Ries, R. K. Extended-release naltrexone and harm reduction counseling for chronically homeless people with alcohol dependence. Contemporary Clinical Trials, 2014. doi: 10.1016/ j.cct.2014.05.008

8. Roy-Byrne, P., Bumgardner, K., Krupski, A., Dunn, C., Ries, R., Donovan, D. West, I., Maynard, C., Atkins, D. C., Graves, M. C., Joesch, J. M., Zarkin, G. A. Brief intervention for problem drug use in safety-net primary care settings: A randomized clinical trial. Journal of American Medical Association, 312(5): 492-501, 2014. doi: 10.1001/jama.2014.7860 Srebnik, D. S., McDonnell, M. G., Ries, R. K., Andrus, G. Conflicts among CMHS clinicians over the role of urine drug testing. Psychiatry Services, 65(5): 700-701, 2014. doi: 10.1176/appi.ps.201300489

9. McDonnell, M., McPherson, S., Vilardaga, R. Srebnik, D., Angelo, F. N., Leickly, E., Saxon, A. J., Roll, J., Ries, R. Preliminary findings: Contingency management targeting psycho-stimulant use results in secondary decreases in smoking for severely mentally ill adults. American Journal of Addiction, 4, 407-410, 2014. doi: 10.1111/j.15211-0391.2013.12114.x

10. Collins, S. R., Saxon, A. J., Duncan, M. H., Smart, B. F., Merrill, J. O., Malone, D. K., Jackson, T. R., Clifasefi, S. L., Joesch, J., Ries, R. K. Harm reduction with pharmacotherapy for homeless people with alcohol dependence: Protocol for a randomized controlled trial. Contemporary Clinical Trials, 38(4): 221-34, 2014. doi: 10.1016/j.cct.2014.05.008

11. Collins, S. E., Duncan, M. H., Smart, B. F., Saxon, A. J., Malone, D. K., Jackson, T. R., Ries, R. K. Extended-release naltrexone and harm reduction counseling for chronically homeless people with alcohol dependence. Substance Abuse, 2014. doi: 10.1080/08897077.2014.904838

12. Yuodelis-Flores, C. & Ries, R. K. Addiction and suicide: A review. American Journal of Addiction, 2015. doi: 10.111/ajad.12185

13. Coblentz, P., Leickly, E., Chwastiak, L., Cristofalo, M. A., Ries, R. K., McDonell, M. G. Schizophrenia and metabolic syndrome in rural communities: Understanding barriers and improving care. Journal of Rural Mental Health, 39(1): 34-45, 2015. doi: 10.1037/rmh0000025

14. Leickly, E., McDonell, M. G., Vilardage, R., Angelo, F. A., Lowe, J.M., McPherson, S., Srebnik, D., Roll, J.M., Ries, R. K. High levels of agreement between clinic-based ethyl glucuronide (EtG) immunoassays and laboratory-based mass spectrometry. American Journal of Drug and Alcohol Abuse, 2015.

15. Lowe JM, McDonell MG, Leickly E, Angelo FA, Vilardaga R, McPherson S, Srebnik D, Roll J, Ries RK.   Determining ethyl glucuronide cutoffs when detecting self-reported alcohol use in addiction treatment patients. Alcohol Clin Exp Res 2015 May;39(5):905-10. doi: 10.1111/acer.12699. Epub 2015 Apr 10. PubMed PMID:25866234; PubMed Central PMCID: PMC440021.

16. Murphy SM, McDonell MG, McPherson S, Srebnik D, Angelo F, Roll JM, Ries RK. An economic evaluation of a contingency-management intervention for stimulant use among community mental health patients with serious mental illness. Drug Alcohol Depend. 2015 Aug 1;153:293-9. doi: 10.1016/j.drugalcdep.2015.05.004. Epub 2015 May 14. PubMed PMID: 26026494.

17. Vilardaga R, Rizo J, Kientz JA, McDonell MG, Ries RK, Sobel K. User Experience Evaluation of a Smoking Cessation App in People With Serious Mental Illness. Nicotine Tob Res. 2015 Nov 17. pii: ntv256. [Epub ahead of print] PubMed PMID: 26581430.

18. McDonell MG, Skalisky J, Leickly E, McPherson S, Battalio S, Nepom JR, Srebnik  D, Roll J, Ries RK. Using ethyl glucuronide in urine to detect light and heavy drinking in alcohol dependent outpatients. Drug Alcohol Depend. 2015 Dec 1;157:184-7. doi: 10.1016/j.drugalcdep.2015.10.004. Epub 2015 Oct 9. PubMed PMID:26475403; PubMed Central PMCID: PMC4663163.

19. McDonell MG, Nepom JR, Leickly E, Suchy-Dicey A, Hirchak K, Echo-Hawk A, Schwartz SM, Calhoun D, Donovan D, Roll J, Ries R, Buchwald D. A   culturally-tailored behavioral intervention trial for alcohol use disorders in three American Indian communities: Rationale, design, and methods. Contemp Clin Trials. 2015 Dec 17;47:93-100. doi: 10.1016/j.cct.2015.12.010. [Epub ahead of print] PubMed PMID: 26706667.

20. Margret CP, Ries RK. Assessment and Treatment of Adolescent Substance Use Disorders: Alcohol Use Disorders. Child Adolesc Psychiatr Clin N Am. 2016 Jul;25(3):411-30. doi: 10.1016/j.chc.2016.03.008. Review. PubMed PMID: 27338964.

21. McDonell MG, Graves MC, West II, Ries RK, Donovan DM, Bumgardner K, Krupski A, Dunn C, Maynard C, Atkins DC, Roy-Byrne P. Utility of Point-of-care Urine DrugTests in the Treatment of Primary Care Patients With Drug Use Disorders. J Addict Med. 2016 May-Jun;10(3):196-201.  doi:  10.1097/ADM.0000000000000220.  PubMed  PMID:27159345; PubMed Central PMCID: PMC4880495.

22. Vilardaga R, Rizo J, Kientz JA, McDonell MG, Ries RK, Sobel K. User Experience Evaluation of a Smoking Cessation App in People With Serious Mental Illness. Nicotine Tob Res. 2016 May;18(5):1032-8. doi: 10.1093/ntr/ntv256. Epub 2015 Nov 17. PubMed PMID: 26581430; PubMed Central PMCID: PMC4900234.

23. Carmel A, Ries R, West II, Bumgardner K, Roy-Byrne P. Suicide risk and associated demographic and clinical correlates among primary care patients with recent drug use. Am J Drug Alcohol Abuse. 2016 May;42(3):351-7. doi: 10.3109/00952990.2015.1133634. Epub 2016 Feb 24. PubMed PMID: 26910262; PubMedCentral PMCID: PMC4877240.

24. McDonell MG, Nepom JR, Leickly E, Suchy-Dicey A, Hirchak K, Echo-Hawk A, Schwartz SM, Calhoun D, Donovan D, Roll J, Ries R, Buchwald D. A culturally-tailored behavioral intervention trial for alcohol use disorders in three American Indian communities: Rationale, design, and methods. Contemp Clin Trials. 2016 Mar;47:93-100. doi: 10.1016/j.cct.2015.12.010. Epub 2015 Dec 17. PubMed PMID: 26706667; PubMed Central PMCID: PMC4818164.

25. Lazar CM, Black AC, McMahon TJ, Rosenheck RA, Ries R, Ames D, Rosen MI. All-data approach to assessing financial capability in people with psychiatric disabilities. Psychol Assess. 2016 Apr;28(4):362-71. doi: 10.1037/pas0000179. Epub 2015 Jul 6. PubMed PMID: 26146947; PubMed Central PMCID: PMC4703571.

26. Oluwoye O, Hirchak K, Leickly E, Skalisky J, McPherson S, Srebnik D, Roll JM, Ries RK, McDonell MG. Interaction between pre-treatment drug use and heterogeneity of psychiatric diagnosis predicts outcomes in outpatients with co-occurring disorders. Psychiatry Res. 2017 Nov 29;260:233-235. doi: 10.1016/j.psychres.2017.11.070. [Epub ahead of print] PubMed PMID: 29220679.

27. Leickly E, Skalisky J, Oluwoye O, McPherson SM, Srebnik D, Roll JM, Ries RK, McDonell MG. Homelessness predicts attrition but not alcohol abstinence in outpatients experiencing co-occurring alcohol dependence and serious mental illness. Subst Abus. 2017 Nov 21:1-4. doi: 10.1080/08897077.2017.1391926. [Epub ahead of print] PubMed PMID: 29161228.

28. Skalisky J, Leickly E, Oluwoye O, McPherson SM, Srebnik D, Roll JM, Ries RK, McDonell MG. Prevalence and Correlates of Cannabis Use in Outpatients with Serious Mental Illness Receiving Treatment for Alcohol Use Disorders. Cannabis Cannabinoid Res. 2017 Jun 1;2(1):133-138. doi: 10.1089/can.2017.0006. eCollection 2017. PubMed PMID: 28861513; PubMed Central PMCID: PMC5569619.

29. McDonell MG, Leickly E, McPherson S, Skalisky J, Hirchak K, Oluwoye O, Srebnik D, Roll JM, Ries RK. Pretreatment ethyl glucuronide levels predict response to a contingency management intervention for alcohol use disorders among adults with serious mental illness. Am J Addict. 2017 Oct;26(7):673-675. doi: 10.1111/ajad.12558. Epub 2017 Aug 18. PubMed PMID: 28833832; PubMed Central PMCID: PMC5610611.

30. McDonell MG, West II, Ries RK, Donovan DM, Bumgardner K, Dunn C, Atkins DC, Roy-Byrne P, Maynard C. Response to Urine Drug Testing in a Family Residency Practice. J Addict Med. 2017 May/Jun;11(3):243. doi:10.1097/ADM.0000000000000283. PubMed PMID: 28557962; PubMed Central PMCID: PMC5450156.

31. Hallgren KA, Ries RK, Atkins DC, Bumgardner K, Roy-Byrne P. Prediction of Suicide Ideation and Attempt Among Substance-Using Patients in Primary Care. J Am Board Fam Med. 2017 Mar-Apr;30(2):150-160. doi: 10.3122/jabfm.2017.02.160264. PubMed PMID: 28379821; PubMed Central PMCID: PMC5505267.

32. McDonell MG, Leickly E, McPherson S, Skalisky J, Srebnik D, Angelo F, Vilardaga R, Nepom JR, Roll JM, Ries RK. A Randomized Controlled Trial of Ethyl Glucuronide-Based Contingency Management for Outpatients With Co-Occurring Alcohol Use Disorders and Serious Mental Illness. Am J Psychiatry. 2017 Apr 1;174(4):370-377. doi: 10.1176/appi.ajp.2016.16050627. Epub 2017 Jan 31. PubMed PMID: 28135843; PubMed Central PMCID: PMC5378651.

33. Roush JF, Brown SL, Jahn DR, Mitchell SM, Taylor NJ, Quinnett P, Ries R. Mental Health Professionals' Suicide Risk Assessment and Management Practices. Crisis. 2017 Sep 15:1-10. doi: 10.1027/0227-5910/a000478. [Epub ahead of print] PubMed PMID: 28914092.

34. Leickly E, Skalisky J, Oluwoye O, McPherson SM, Srebnik D, Roll JM, Ries RK, McDonell MG. Homelessness predicts attrition but not alcohol abstinence in outpatients experiencing co-occurring alcohol dependence and serious mental illness. Subst Abus. 2018;39(3):271-274. doi: 10.1080/08897077.2017.1391926. Epub 2017 Dec 8.

35. Oluwoye O, Hirchak K, Leickly E, Skalisky J, McPherson S, Srebnik D, Roll JM, Ries RK, McDonell MG. Interaction between pre-treatment drug use and heterogeneity of psychiatric diagnosis predicts outcomes in outpatients with co-occurring disorders. Psychiatry Res. 2018 Feb;260:233-235. doi: 10.1016/j.psychres.2017.11.070. Epub 2017 Nov 29

36. Wolitzky-Taylor K, Krull J, Rawson R, Roy-Byrne P, Ries R, Craske MG. Randomized clinical trial evaluating the preliminary effectiveness of an integrated anxiety disorder treatment in substance use disorder specialty clinics. J Consult Clin Psychol. 2018 Jan;86(1):81-88. doi: 10.1037/ccp0000276. PMID: 29300100 [PubMed - indexed for MEDLINE].

37. Oluwoye O, Leickly E, Skalisky J, McPherson S, Hirchak K, Srebnik D, Roll JM, Ries RK, McDonell MG Serious Mental Illness in Heavy Drinkers Is Associated with Poor Treatment Outcomes in Outpatients with Co-occurring Disorders. Int J Ment Health Addict. 2018 Jun;16(3):672-679. Epub 2017 Oct 31. PMID: 29973859 [PubMed]

Curriculum Vitae

# Richard K. Ries, M.D.

**Personal Data:** Place of birth: Seattle, Washington
Citizenship: United States

**Education:** Stanford University, 1966-1970
Northwestern Medical School, 1971-1975

**Postgraduate Training:** Psychiatry Residency, University of Washington, Seattle, 1975-1978.

**Faculty Positions Held:** Chief Resident, Psychiatry, University of Washington Medical School, 1978-1979.
Acting Instructor, University of Washington Medical School, 1978-1979.
Instructor, University of Washington Medical School, 1979-1981.
Assistant Professor, University of Washington Medical School, 1981-1985.
Associate Professor, University of Washington Medical School, 1985-1998.
Professor, University of Washington Medical School, 1998-present.

**Hospital Positions Held:** Attending Psychiatrist, Emergency Medicine Service, University of Washington Medical Center, 1978-1981.
Assistant Director, Psychiatric Consultation-Liaison Service, University of Washington Medical Center, 1979-1981.
Attending Psychiatrist, Inpatient Psychiatry, University of Washington Medical Center, 1981-1988.
Director, Inpatient Psychiatry Services, Harborview Medical Center, 1988-1992.
Director, Harborview Chemical Dependency Project, 1988-2000
Director, Harborview Dual Disorders Programs, 1988-present.
Director, Outpatient Mental Health Services, Harborview Medical Center, 1992-2007.
Director, Addictions Division, Department of Psychiatry and Behavioral Sciences, University of Washington School of Medicine, 1999-present.
Medical Director Harborview Addiction treatment Programs 1998- present

**Honors:** Outstanding Resident of Psychiatry, University of Washington 1977-1978.

1

*Richard K. Ries, 1/17/23*

Chief Resident in Psychiatry, University of Washington, 1978-1979.

Candidate for Distinguished Teacher Award, University of Washington Medical School, 1984-1985.

Top Ten Abstracts of 1984, "Tricyclic Antidepressant Therapy for Peptic Ulcer Disease," Archives of Internal Medicine (Modern Medicine), March 1984.

Nancy Roeske Award (for medical student teaching), America Psychiatric Association 1992.

Achievement Award, Center for Substance Abuse Treatment, Washington DC, 1995.

Award of Appreciation, Washington Advocates for the Mentally Ill, 1996.

Certificate of Recognition, Mental Health Division, and State Division of Alcohol and Substance Abuse, Washington State, 1996.

Positive Role Model Nomination, 1997 Fourth Year Medical Class.

Ten Best Papers in America, 2000, "Alcohol interventions in a trauma center as a means of reducing the risk of injury reoccurrence," Archives of Surgery, September, 1999.

Best Doctors in Seattle 2002, 2003.

Distinguished Fellow, American Psychiatric Association, 2003.

Fellow, American Society of Addiction Medicine, 2003.

Best Doctors in America 1995-2015

Washington State Co-occurring Disorders Conference Outstanding Service Award 2006.

American Society  of Addiction Medicine,  Special Award for Principles of Addiction Medicine, 2015

US News and World Reports rating: "Top 10" Drug and Alcohol programs in US Medical Schools 2013, 2014, 2015, 2016, 2017

Nominated for Department Mentor of year 2016

Best Doctors in Seattle 2018, 2019, 2020, 2022

Washington Society of Addiction Medicine 2020, Lifetime Award

**Board Certification:** Part I, American Board of Psychiatry and Neurology, 1981.

Part II, American Board of Psychiatry and Neurology, 1982.

Added Qualifications in Addiction Psychiatry, American Board of Psychiatry and Neurology, 1993, recertified 2003.

Board Certification #s: Psychiatry 23403; Addiction Psychiatry Diplomate Number 358

Certification in Addiction Medicine, American Society of Addiction Medicine, 1987

Certification  American Board of Addiction Medicine, 2013

|  |  |
|---|---|
| **Current License(s) to Practice** | Washington State  to Dec 2023 |
| **Professional Organizations** | American Academy of Addiction Psychiatry 1988-current<br>    Board member 2012-2014<br>    Conference Planning Committee 1988- 2018<br>American Society of Addiction Medicine  1985-Current<br>    Conference Planning Committee 1995- 2010<br>    Editor: ASAM's Principles of Addiction Medicine 1998- 2014<br>American Psychiatric Association 1980- Current<br>American Hospital Association Task Force on Co-occurring<br>    Disorders 2000-2002 |
| **Teaching Responsibilities** | Mentor Addiction Psychiatry Fellowship 1998- Current<br>Content Developer ICM 1 and 2 UW Medical School<br>UW Psychiatry Residency – R2 didactics, On unit supervision<br>Mentor – Research ( recent)<br>    UW- Susan Collins  PhD, Michael McDonnel PhD, Roger<br>    Villardaga PhD, Mark Duncan MD, Keven Halgren PhD, Kate<br>    Comtois PhD<br>    UCLA- Kate Taylor PhD |
| **Reviewer** | Alcohol Health and Research World<br>American Journal of Addictions<br>General Hospital Psychiatry<br>Hospital and Community Psychiatry/Psychiatric Services<br>International Journal of Psychiatry in Medicine<br>Journal of Nervous and Mental Diseases<br>Journal of the American Geriatric Society<br>Journal of Studies on Alcohol<br>Schizophrenia Bulletin<br>American Journal of Drug and Alcohol Abuse<br>Comprehensive Psychiatry |

Am Journal of Psychiatry
JAMA- Psych

**Special Local and National Responsibilities:**

Member, DSM-III Clinical Trials Task Force, American Psychiatric Association, 1977.

APA Work Group to Revise DSM-III, Affective Disorders Section, 1984.

Contributor APA: Case studies for DSM IIIR. APA, 1986

Contributor APA: Treatment Guidelines for Bipolar Disorder, 1994.

Chair, Dual Diagnosis Committee, American Society of Addiction Medicine, 1988-1992.

Chair, Treatment Improvement Protocol on Dual Diagnosis, Center for Substance Abuse Treatment, 1993-1994.

Co-Chair, National Program Committee for American Academy of Psychiatrists on Alcoholism and Addictions, 1992-1995, current member.

Advisory Group, National Institute on Drug Abuse for Development of Educational Videos around Drug Abuse, 1991-1995.

Selected as CPT code consultant, addictions and psychiatry, American Medical Association 1993.

Selected as co-chair, national Conference and Pre-Board Exam Course in Addictions Psychiatry, American Academy of Psychiatrists on Alcohol and Addictions 1993.

Member of the Governing Council of the Section for Psychiatric and Substance Abuse Services, American Hospital Association, 1993-1995.

Advisory Group, Center for Substance Abuse Treatment on Development of Treatment Improvement Protocols in the Area of Substance Abuse.  1995-current.

Advisory Group on New Research Agendas, Center for Substance Abuse Treatment, Washington, DC, 1996-current.

National Consultant, Substance Abuse Prevention and Treatment Block Grants (CSAT), 1995-current.

Co-Editor, *Principles of Addiction Medicine,* American Society of Addiction Medicine, 1998 2--3-Vol 2, 3

Editorial Board, *American Journal on Addictions*, 1999-current

Editorial Board, *CSAT Treatment Improvement Protocols*, 2001-current

Chair, Steering Committee, Co-occurring Disorders Center of Excellence (National Training Center Grant, CSAT, Sacks,S PI 2004-2008)

Co-chair, CSAT *Treatment of Co-Occurring Alcohol-Drug and Mental Disorders, Treatment Improvement Protocol TIP 42,*

winner of APEX Publishers' Award of Excellence, 2005.

Medical Director, Washington State Division of Alcohol and Substance Abuse, 2004- 2009

Medical Director, Washington State Department of Social and Health Services Mental Health Division, November 2006- September 2007

Editor  , *Principles of Addiction Medicine,* American Society of Addiction Medicine Edition IV,   2009

Editor, *Principles of Addiction Medicine,* American Society of Addiction Medicine Edition V,  2014

Moderator and content development with tribes-- 5th Annual Northwest  Tribal Opioid Symposium Nov 2015

Moderator and content development with tribes-- 6th Annual Northwest Tribal Opioid Symposium Nov 2016

Board Review Presentations American Board of Addiction Medicine, Dallas 2016, 2017

Board Review Presentations Am Accad Addiction Medicine, 2016, 2016, 2017

Moderator and content development with tribes-- 7th Annual Northwest Tribal Opioid Symposium Nov 2017, 2018

Wa State Opioid Task Force 2017. 2018

**Grants:**   P.I., Sleep and Mood Patterns in Arthritis Patients, Arthritis Foundation, $1,736.25, 1981 (funded again, $900, 1982).

P.I., Dual Diagnosis Intervention Study, NIDA, $301,450, January 1989-1993.

P.I., Cost of Alcohol in Trauma Patients, Alcohol and Drug Abuse Institute, $15,000, 1993.

Co-P.I., Depression in Primary Care, Washington Institute, 5%, $200,000, 1992-1994.

Co-P.I., Alcohol Intervention in Trauma patients, NIAAA, 10%, $1,028,000, 1993-1996.

P.I., Contingent Benefits in Substance Abusing Mentally Ill, NIDA, 20%, 1997-1999, $416,000.

Co-P.I., Physician Skills in Alcohol Problem Intervention. National Highway Traffic Safety Administration, 5%, $250,000, 1997-1999.

Co-Investigator NIDA Clinical Trials Network, Donovan PI, NIDA 5%, $1,266,452, 2001 - ongoing

Co-Investigator, Pharmacological and Behavioral Treatment with Alcoholics Donovan, PI, NIAAA, 1997 – 2003

Co-P.I. (Linehan)  Evaluation of DBT and Suboxone for Persons

with combined Borderline PD and Opiate Dep, NIH/NIDA, 10%, $2,318,864, 2003-2009.

Co-Investigator Consortium on the Genetics of Endophenotypes and Schizophrenia (Tsuang), NIH, 10%, $1,946,050, 2003.

Medical Director, Washington State Screening, Brief Intervention, and Referral for Treatment (WASBIRT) (Stark), CSAT, 10%, $16,100,000, 2003-2008

PI, Developing the Co-occurring Matrix Assessment Tool, CSAT, 20%, $200,000, 2004-2006.

PI, Contingency Management of Psychostimulant Abuse in the Severely Mentally Ill, NIDA, 30%, $2,000,000, 9/30/2007-8/31/2011

PI, Preventing Addiction Related Suicide , NIDA, 15%, $750,000 4/2009 -2012

Co-Investigator: Roy-Byrne, P-NIDA: Brief Intervention for Drug Abuse in Primary Care 10% NIDA $2,000,000, 1/2009-14

Co-PI (Comtois-DOD) Continuity Contacts via Text Message – Texting a brief intervention to prevent suicidal ideation and behavior, 10%, $1,200,000, 9/1/11-8/31/13

Co-Investigator (McDonell-NIAAA), Novel EtG Based Contingency Management for Alcohol in the Severely Mentally Ill, 5%, $675,000, 3/10/12-2/28/15

Co-Investigator (Zoellner-NIMH), Optimizing PTSD Treatment, 10%, $518,707, 4/9/10-1/31/15

Co-Investigator (Roll & Buchwald), Behavioral Health Collaborative for Rural American Indian Communities: Contingency Management for the Treatment of Co-Occurring Alcohol and Opiate Use, 5%, $1,079,927, 3/1/12-2/28/17.

Co-Investigator (McDonell), Contingency Management Treatment of Alcohol Abuse in American Indian People, 5%, $642,685, 9/1/13-8/31/18

Co-Investigator (Collins-NIAAA) RCT of Injectable Naltrexone and Harm Reduction Counseling  in  Homeless persons with Severe Alcohol Dependence  7.5%  $ 2,499,000 9/1/13-8/31-18

Co-PI (Comtois-DOD) Continuity Contacts via Text Message – Texting a brief intervention to prevent suicidal ideation and behavior, 10%, Renewal $1,200,000, 9/1/13-8/31/15


RFA-1-017-14 (PI Comtois);       Ries Co-I at 15%

1.8 calendar

American Foundation for Suicide Prevention (AFSP)

**Reducing Short Term Risk after Hospitalization: A Randomized Controlled Trial of the Collaborative Assessment and Management of Suicidality (CAMS) for Next Day**

**Appointment Settings**
$1,299,680 (direct costs)

1 R01 DA041486-01A1 (Comtois); Ries Co-I at 20%
2.4 calendar
National Institute on Drug Abuse (NIDA)
**Preventing Addiction Related Suicide (PARS) - Controlled Trial of Secondary Suicide Prevention**
$1,638,205 (direct costs)

1R34DA040034-01A1 (BEDARD-GILLIGAN)
05/01/2016-03/31/2019                                      0.6
calendar
NIDA/NIDA        $179,055
**Marijuana Use, Extinction learning, Exposure Therapy in Individuals with PTSD**
This research is significant in its potential to identify a predictor of treatment response, to test an underlying mechanism of recovery for PTSD in individuals with PTSD and co-occurring marijuana use, and to rest feasibility of a novel intervention for a difficult to treat population.
Role: CO- PI

R01 AA022070 (McDonell, Buchwald)        0.6 calendar months
09/01/13-08/31/18
NIAAA/OD-OBSSR        $777,488
***Contingency Management Treatment of Alcohol Abuse in American Indian People***
This is a randomized controlled trial of a culturally tailored contingency management treatment of alcohol dependence (as assessed by EtG) in 400 American Indians and Alaska Natives in the western United States.

Role- Co-I

1 P60 AA024334-0  Buchwald                0.6 calendar months

NIAAA  $9,000,000  12/2017- 12/2022

**Native Center for Alcohol Research and Education (Native-CARE).  ( Washington State University)**

**I manage the educational part of this large multi-focus grant as Co-I**

CSAT-   Washington  State/ Merril- Harborview        0.6

7

calendar months  2015-2018

**SAMHSA Grant Access to Recovery (ATR) & Medication Assisted Treatment (MAT) Opportunities for Collaboration**

Role- work with Harborview services to expand opioid and other medication assisted addiction treatment

Washington State/Harborview-Merril    0.6 calendar months
**State Targeted Response to the Opioid Crisis Grants** (Short Title: Opioid STR). SAMHSA    2017-2020

<u>**Pharma Clinical Trials**</u>
*Phase 4* Clinical Trial – NIDA
Office Based Use of Buprenorphine for IV Heroin Dependence
5% NIDA  2001-2002

Co-investigator – 12/99–2001
*Phase 4* Clinical Trial – Bristol Myers – Squibb
Efficacy of Serzone in Depression with Alcoholism
Co-investigator - 1/96–98 - $100,000
*Phase 3* Clinical Trial – Zeneca Pharmaceuticals
Efficacy of Seroquel in Schizophrenia
Co-investigator - 2/96–98 - $ 120,000
*Phase 3* Clinical Trial – Pfizer Pharmaceuticals
Efficacy of Ziprasidone in Schizophrenia
Co-investigator - 7/95–97 - $150,000
*Phase 3* Clinical Trial - Abbott Pharmaceuticals
Safety and Efficacy of Sertindole in Schizophrenia
Co-investigator 10/93–5/94 - $50,000
*Phase 3* Clinical Trial - Eli Lilly Company
Efficacy of Olanzapine in Schizophrenia
Co-investigator - 6/92–12/93 - $1,000,000

# Bibliography:

**Journal Articles**

1.  Ries, RK, Bokan JA: Electroconvulsive therapy following pituitary surgery. Journal of Nervous and Mental Disease 167(12):767-768, 1979.

2.  Ries RK, Schuckit MA: Catatonia and autonomic hyperactivity. Psychosomatics 21(4):349-350, 1980.

3.      Ries RK, Bokan JA, Kleinman A, Schuckit MA: Psychiatric consultation-liaison service: Patients, requests and functions. General Hospital Psychiatry 3:204-212, 1980.

4.      Ries RK: DSM-III differential diagnosis of Munchausen's syndrome. Journal of Nervous and Mental Disease 168(10): 629-632, 1980.

5.      Ries RK, Bokan JA, Schuckit MA: Recognizing the drug abuser with psychiatric complaints. Behavioral Medicine 7(9):18-21, 1980.

6.      Katon W, Ries RK, Bokan JA, Kleinman A: Hyperemesis gravidarum: A biopsychosocial perspective. International Journal of Psychiatry in Medicine 10(2):151-162, 1980.

7.      Ries RK, Bokan JA, Schuckit MA: Modern diagnosis schizophrenia in hospitalized psychiatric patients. American Journal of Psychiatry 137(11): 1419-1421, 1980.

8.      Ries RK, Hunt DD, Ward NG, Mason JC: Medical students and psychiatric inpatients: An encounter of the first kind. Journal of Medical Education 55:773-777, 1980.

9.      Wilson L, Ries RK, Bokan JA: Transcultural psychiatry on an American inpatient psychiatric ward. Hospital and community Psychiatry 31(11):759-762, 1981.

10.     Bokan, JA, Ries RK, Katon WJ: Tertiary gain and chronic pain. Pain 10(3):331-335, 1981.

11.     Ries RK, Wilson L, Bokan JA, Chiles JA: ECT in medication resistant schizoaffective disorder. Comprehensive Psychiatry 22(2):167-173, 1981.

12.     Ries RK, Bokan JA, Katon WJ, Kleinman A: The medical care abuser: Differential diagnosis and management. Journal of Family Practice 13(2):257-265, 1981.

13.     Katon W, Williamson P, Ries RK: A prospective study of 60 consecutive psychiatric consultations in a family medicine clinic. Journal of Family practice 13(1):47-56, 1981.

14.     Hunt DD, Dagadakis C, Ward NG, Ries RK: Live versus videotape interviews. Journal of Medical Education 56:916-918, 1981.

15.     Ward NG, Strauss MM, Ries RK: The dexamethasone suppression test as a diagnostic aid in late onset paranoia. Journal of Nervous and Mental Disease 170:248-250, 1982.

16.     Phillips M, Ward N, Ries RK: Factitious mourning: Painless patienthood. American Journal of Psychiatry 140(4):420-425, 1983.

17.     Hall D, Ries RK: Bipolar illness, catatonia and the dexamethasone suppression test (DST) in adolescents. American Journal of Psychiatry 44(6):222-224, 1983.

18.     Katon W, Ries RK: Schizophrenia: A clinical review. Journal of Family Practice 17(1):99-124, 1983.

19.     Katon W, Ries RK, Kleinman A: Part I. The prevalence of somatization in primary care. Comprehensive Psychiatry 25(2):208-215, 1984.

20.     Katon W, Ries RK, Kleinman A: Part II. A prospective DSM-III study of 100 consecutive somatization patients. Comprehensive Psychiatry 25(3):305-314, 1984.

21.     Ries RK, Gilbert DA, Katon W: Tricyclic antidepressant therapy for peptic ulcer disease. Archives of Internal medicine 144(3):566-569, 1984.

22.     Ries RK: Poor interrater reliability of MECTA EEG seizure duration measurement during ECT. Biological Psychiatry 20:94-119, 1985.

23.     Ries RK: DSM-III implications of the diagnosis of catatonia and bipolar disorder. American Journal of Psychiatry 142(12):1471-1474, 1985.

24.     Ries RK, Witkowsky AK: Synergistic action of alprazolam with tranylcypromine in drug resistant atypical depression with panic attacks. Biological Psychiatry 21(5-6):522-526, 1986.

25.     Ries RK, Samson HH: Substance abuse among inpatient psychiatric patients: Clinical and training issues. Substance Abuse 8(2):28-34, 1987.

26.     Vitiello MF, Prinz PN, Personius JP, Nuccio MA, Ries RK, Koerker RM: A history of chronic alcohol abuse is associated with increased nighttime hypoxemia in older men. Alcoholism: Clinical and Experimental Research 11(4):368-371, 1987.

27.     Raskind MA, Courtney N, Murburn MM, Backus FI, Bokan JA, Ries RK, Dorsa DM, Weitzman RE: Antipsychotic drugs and plasma vasopressin in normals and acute schizophrenic patients. Biological Psychiatry 22:453-462, 1987.

28.     Foster S, Ries RK: Delayed hypertension with ECT. Journal of Nervous and Mental Disease 176(6):374-376, 1988.

29.     Williams DE, Vitiello MV, Ries RK, Bokan J, Prinz PE: Successful recruitment of elderly, community dwelling subjects for Alzheimer's disease research: Cognitively impaired, major depressive disorder and normal control groups. Journal of Gerontology, 143(3):M69-M74, 1988.

30.     Ries RK: The future role of psychiatry in AMERSA. Substance Abuse 9:177-178, 1988.

31.     Ries RK, Roy-Byrne PP, Ward NG, Neppe V, Cullison S: Carbamazepine treatment for benzodiazepine withdrawal. American Journal of Psychiatry, 146:536-537, 1989.

32.     Ries RK: substance abuse intervention on inpatient psychiatry. Substance Abuse 10:28-32, 1989.

33.     Nickoloff SE, Neppe VM, Ries RK: Factitious AIDS. Psychosomatics 30(3):342-345, 1989.

34.     Vitiello MV, Prinz PN, Williams DE, Frommlet MS, Ries RK: Sleep disturbances in patients with mild-stage Alzheimer's disease. Journal of Gerontology 45(4):M131-138, 1990.

35.    Vitiello MV, Prinz PN, Avery DH, Williams DE, Ries RK, Bokan JA, Khan A: Sleep is undisturbed in elderly, depressed individuals who have not sought health care. Biological Psychiatry 27:431-440, 1990.

36.    Ries RK, Ellingson T: A pilot assessment at one month of 17 dual diagnosis patients. Hospital and Community Psychiatry 41(11):1230-1233, 1990.

37.    Miller NS, Ries RK: The role of recovering persons in medical education. Substance Abuse 1(12):42-47, 1991.

38.    Ries RK, Mullen MA: Substance abuse: Clinical practicums in medical student education. Substance Abuse 1(12):42-47, 1991.

39.    Miller NS, Ries RK: Drug and alcohol dependence and psychiatric populations: The need for diagnosis, intervention and training. Comprehensive Psychiatry 32(3):268-276, 1991.

40.    Goldberg HI, Mullen M, Ries RK, Psaty B, Ruch BP: Alcohol counseling in a general medicine clinic: A randomized controlled trial of strategies to improve referral and show rates. Medical Care 29(7, Supplement):JS49-JS56, 1991.

41.    Ries RK, Cullison S, Horn R, Ward N: Benzodiazepine withdrawal: Clinician's ratings of carbamazepine treatment versus traditional taper methods. Journal of Psychoactive Drugs 23(1):73-76, 1991.

42.    Rivara FP, Gurney JG, Ries RK, Seguin DA, Copass MK, Jurkovich GJ: A descriptive study of trauma, alcohol and alcoholism in young adults. Journal of Adolescent Health 13(8):663-667, 1992.

43.    Cowley DS, Roy-Byrne PP, Godon C, Greenblatt DJ, Ries RK, Walker RD, Samson HH, Hommer DW: Response to diazepam in sons of alcoholics. Alcoholism: Clinical and Experimental Research 16(6):1057-1063, 1992.

44.    Ries RK: Serial, parallel and integrated models of dual diagnosis treatment. Journal of Health Care for the Poor and Underserved 3(1): 173-180, 1992.

45.    Ries RK: Clinical treatment matching models for dually diagnosed patients. Psychiatric Clinics of North America 16(1):167-175, 1993.

46.    Jurkovich GJ, Rivara FP, Gurney JG, Fligner C, Ries RK, Mueller BA, Copass M: The effect of acute alcohol intoxication and chronic alcohol abuse on outcome from trauma. Journal of the American Medical Association 270(1):51-56; 93-94, 1993.

47.    Ries RK: The dually diagnosed patient with psychotic symptoms. Journal of Addictive Diseases 12(3):103-122, 1993.

48.    Rivara FP, Jurkovich GJ, Gurney JG, Seguin D, Fligner CL, Ries RK, Raisys VA, Copass M: The magnitude of acute and chronic alcohol abuse in trauma patients. Archives of Surgery 128(8):907-913, 1993.

49.    Decker K, Ries RK: Differential diagnosis and psychopharmacology of dual disorders. Psychiatric Clinics of North America 16(4):703-718, 1993.

50.     Roy-Byrne P, Sullivan M, Cowley D, Ries RK: Adjunctive treatment of benzodiazepine discontinuation syndromes: A review. Journal of Psychiatric Research 27(Suppl 1):143-153, 1993.

51.     Ries RK, Mullen M, Cox G: Symptom severity and utilization of treatment resources among dually diagnosed inpatients. Hospital and Community Psychiatry 45(6):562-568, 1994.

52.     Comtois K, Ries RK, Armstrong H: Case manager ratings of the clinical status of dually diagnosed outpatients. Hospital and Community Psychiatry 45(6): 568-573, 1994.

53.     Nilssen O, Ries RK, Rivara FP, Gurney J, Jurkovich J: The CAGE and SMAST in trauma patients: The comparison of their correlation with biological alcohol markers. Journal of Trauma 36(6): 784-788, 1994.

54.     Comtois K, Ries RK: Sex differences in dually diagnosed severely mentally ill clients in dual diagnosis outpatient treatment. American Journal on Addictions 4(3):245-253, 1995.

55.     Roy-Byrne P, Dagadakis C, Ries R, Decker K, Jones R, Bolte MA, Scher M, Brinkley J, Gallagher M, Patrick DL, Mark H:  I. A psychiatrist-rated battery of measures for assessing the clinical status of psychiatric inpatients. Psychiatric Services 46:347-352, 1995.

56.     Tsuang D, Cowley D, Ries R, Dunner DL, Roy-Byrne P: The effects of substance use disorder on the clinical presentation of anxiety and depression in an outpatient psychiatric clinic.  Journal of Clinical Psychiatry 56(12):549-555, 1995.

57.     Nilssen O, Ries RK, Rivara FP, Gurney J, Jurkovich J: The WAM score: Sensitivity and specificity of a user friendly biological screening test for alcohol problems in trauma patients. Addictions 91(2):255-262, 1996.

58.     Nilssen O, Ries RK, Rivara FP, Gurney JG, Jurkovich GJ: Alcohol and trauma: the impact of acute and chronic alcohol abuse on injury severity and death in a trauma population. Norsk Epidemiologi 6(1): 103-108, 1996.

59.     Roy-Byrne P, Dagadakis C, Unitzer J, Ries R:  Evidence for limited validity of the revised GAF/SOFAS. Psychiatric Services, 47:864-866, 1996.

60.     Dunn CW, Ries R: Linking substance abuse services with general medical care: Integrated, brief interventions with hospitalized patients. American Journal of Drug and Alcohol Abuse, 23(1):1-13, 1997.

61.     Russo J, Roy-Byrne P, Jaffe C, Ries R, Dagadakis C, Reeder D. The relationship of patient-administered outcome assessments to quality of life and physician ratings: Validity of the BASIS-32. Journal of Mental Health Administration. 24(2):200-214, 1997.

62.     Russo J, Roy-Byrne P, Reeder D, Alexander M, Dwyer-O'Connor E, Dagadakis C, Ries R, Patrick D: Longitudinal assessment of quality of life in acute psychiatric

inpatients: Reliability and validity. Journal of Nervous and Mental Disease 185(3):166-175, 1997.

63.    Ries R, Comtois K, Roy-Byrne PP: Illness severity and treatment services for dually diagnosed severely mentally ill outpatients. Schizophrenia Bulletin 23(2):239-246, 1997.

64.    Ries R, Dyck D: An examination of representative payee practices of community mental health centers in Washington State. Psychiatric Services 48(6):811-814, 1997.

65.    Pirzada S, Ries RK, LoGerfo J: Cost of comorbid alcohol and drug problems. American Journal on Addictions 6(3):193-204, 1997.

66.    Ries R, Comtois KA: Managing disability benefits as part of treatment for persons with severe mental illness and co-morbid drug/alcohol disorders: A comparative study of payee and non-payee participants. The American Journal on Addictions 6(4):330-338, 1997.

67.    Pages K, Russo J, Roy-Byrne P, Ries R, Cowley D: Determinants of suicidal ideation: The role of substance use disorders. Journal of Clinical Psychiatry, 58 (11):510-515, 1997.

68.    Russo J, Roy-Byrne P, Jaffe C, Ries R, Dagadakis C, Avery D: Psychiatric status, quality of life, and level of care as predictors of outcomes of acute inpatient treatment. Psychiatric Services 48(11):1427-1434, 1997.

69.    Avery DH, Bolte MA, Ries R: Dawn simulation treatment of abstinent alcoholics with winter depression. Journal of Clinical Psychiatry 59(1):36-42, 1998.

70.    Pages KP, Ries RK: Use of anticonvulsants in benzodiazepine withdrawal. American Journal on Addictions 7(3):198-204, 1998.

71.    Russo J, Trujillo CA, Wingerson DK, Decker K, Ries R, Wetzler H, Roy-Byrne PP: The MOS 36-item short-form health survey (SF-36): reliability, validity and preliminary findings in schizophrenic outpatients. Medical Care 36(5): 752-756, 1998.

72.    Roy-Byrne P, Russo J, Rabin L, Fuller K, Jaffe C, Ries R, Dagadakis C, Avery D: A brief medical necessity scale: Reliability, validity and clinical utility. Journal of Behavioral Health Services and Research 25:412-424, 1998.

73.    Pages K, Russo J, Wingerson D, Ries R, Roy-Byrne P, Cowley D: Predictors and outcome of against medical advice (AMA) discharges in the psychiatric units of a general hospital. Psychiatric Services 49:1187-1192, 1998.

74.    Wingerson D, Ries R: Assertive Community Treatment for patients with chronic and severe mental illness who abuse drugs. Journal of Psychoactive Drugs 31(1):13-18, 1999.

75.    Ries RK, Jaffe C, Comtois K, Kitchell M: Patient satisfaction and outcome with integrated dual diagnosis treatment. Community Mental Health Journal 35(3):213-221, 1999.

76.    Gentilello LM, Villaveces A, Ries R, Nason KS, Daranciang E, Donovan DM, Copass M, Jurkovich GJ, Rivara FP. Detection of acute alcohol intoxication and chronic alcohol dependence by trauma center staff. Journal of Trauma 47(6):1131-1139, 1999.

77.    Gentilello LM, Rivara FP, Donovan DM, Jurkovich GJ, Daranciang E, Dunn CW, Villaveces A, Copass M, Ries RR: Alcohol interventions in a trauma center as a means of reducing the risk of injury recurrence. Annals of Surgery 230(4):473-483, 1999.

78.    Ries, R.K., Russo, J., Wingerson, D., Snowden, M., Comtois, K.A., Srebnik, D., Roy-Byrne, P.P. Shorter hospital stays and more rapid improvement among patients with schizophrenia and substance disorders. Psychiatric Services 51:210-215, 2000.

79.    McCann BS, Simpson TL, Ries R, Roy-Byrne P. Reliability and validity of screening instruments for drug and alcohol abuse in adults seeking evaluation for Attention-Deficit/Hyperactivity Disorder. The American Journal on Addictions 9:1-9, 2000.

80.    Gentilello LM, Rivara FP, Donovan DM, Villaveces A, Daranciang E, Dunn CW, Ries R. Alcohol problems in women admitted to a Level I Trauma Center: A gender-based comparison. The Journal of Trauma: Injury, Infection, and Critical Care 48(1):108-114, 2000.

81.    Roy-Byrne P., Pages K, Russo J, Blume A, Jaffe C, Kingsley E, Cowley D, Ries R,: A double blind, placebo controlled trial of nefazodone in the treatment of major depression in alcohol dependent subjects. Journal of Clinical Psychopharmacology 20(2):129-136, 2000.

82.    Wingerson D, Russo J, Ries R, Dagadakis C, Roy-Byrne P. Use of psychiatric emergency services and enrollment status in a public managed mental health care plan. Psychiatric Services 52(11):1494-1501, 2001.

83.    Ries RK, Demirsoy A, Russo JE, Barrett J, Roy-Byrne PP. Reliability and clinical utility of DSM-IV Substance-Induced Psychiatric Disorders in acute psychiatric inpatients. American Journal on Addictions 10:308-318, 2001.

84.    Ries R, Dyck D, Short R, Srebnik D, Snowden M, Comtois KA. Use of case manager ratings and weekly urine toxicology tests among outpatients with dual diagnoses. Psychiatric Services 53(6):764-766, 2002.

85.    Srebnik D, Comtois KA, Stevenson J, Hoff H, Snowden M, Russo J, Ries RK. Eating disorder symptoms among adults with severe and persistent mental illness. Eating Disorders: The Journal of Treatment and Prevention, 11(1):27-38, 2003.

86.    Hendryx MS, Russo JE, Stegner B, Dyck D, Ries R, Roy-Byrne P. Predicting rehospitalization and outpatient services from administration and clinical databases. Journal of Behavioral Health Services and Research 30(3):342-351, 2003.

87.    Ferguson L, Ries R, Russo J. Barriers to identification and treatment of hazardous drinkers as assessed by urban/rural primary care doctors. Journal of Addictive Diseases 22(2):79-90, 2003.

88.    Comtois KA, Russo J, Snowden M, Srebnik D, Ries R, Roy-Byrne P. Factors associated with high use of public mental health services by persons with Borderline Personality Disorder. Psychiatric Services 54(8):1149-1155, 2003.

89.    Dunn C., Zatzick D, Russo J, Rivara F, Roy-Byrne P, Ries R, Wisner D, Gentilello L. Hazardous drinking by trauma patients during the year after injury. Journal of Trauma; 54(4):707-712, 2003.

90.    Minkoff K, Zweben J, Rosenthal R, Ries R. Development of service intensity criteria and program categories for individuals with co-occurring disorders. J Addict Dis, 22 Suppl 1:113-129, 2003.

91.    Comtois KA, Russo JE, Roy-Byrne PP, Ries RK. Clinicians' assessments of bipolar disorder and substance abuse as predictors of suicidal behavior in acutely hospitalized psychiatric inpatients. Biol Psychiatry, 56:757-763, 2004.

92.    Ries RK, Short RA, Dyck DA, Srebnik D, Fisher A, Snowden M, Comtois KA. Outcomes of Managing Disability Benefits in Substance Dependent Severely Mentally Ill Patients. Psychiatric Services, 55(4):445-447, 2004.

93.    Donovan DM, Dunn CW, Rivara FP, Jurkovich GJ, Ries RR, & Gentilello LM. Comparison of trauma center patient self-reports and proxy reports on the Alcohol Use Identification Test (AUDIT). Journal of Trauma, 56(4):873-882, 2004.

94.    Ries RK, Short RA, Dyck DG, Srebnik DS. Unlinking disability income, substance use, and adverse outcomes in dually diagnosed severely mentally ill outpatients. Am J Addictions, 13(4):390-397, 2004.

95.    Erinoff L, Anthony JC, Brown GK, et al. Overview of workshop on drug abuse and suicidal behavior. Drug and Alcohol Dependency, 76 Suppl:S3-9, 2004.

96.    Snowden M, Walaszek A, Russo JE, Comtois KA, Srebnick D, Ries RK. Geriatric patients improve as much as younger patients from hospitalization on general psychiatric units. Journal of the American Geriatrics Society, 52:1676-1680, 2004.

97.    Ries RK. Co-occurring Alcohol Use and Mental Disorders. J Clin Psychopharmacol, 26(6 Suppl 1):S30-36, 2006.

98.    Pasic J, Russo JE, Ries RK, Roy-Byrne PP. Methamphetamine users in the psychiatric emergency services: a case-control study. Am J Drug Alcohol Abuse 33(5):675-686, 2007.

99.    Ries RK, Yuodelis-Flores C, Comtois KA, Roy-Byrne PP, Russo JE. Substance induced suicidal admissions to an acute psychiatric service: Characteristics and outcomes. J Subst Abuse Treat, 34(1):72-79, 2008.

100. Yen CF, Hsaio RC, Ries R, Liu SC, Huang CF, Chang YP, Yu ML. Insight into alcohol-related problems and its associations with severity of alcohol consumption, mental health status, race, and level of acculturation in Southern Taiwanese indigenous people with alcoholism. Am J Drug Alcohol Abuse 34(5):553-61, 2008.

101. Ries RK, Yuodelis-Flores C, Roy-Byrne PP, Nilssen O, Russo J. Addiction and suicidal behavior in acute psychiatric inpatients. Comprehensive Psychiatry 50:93-99, 2009.

102. McDonell MG, Comtois KA, Voss WD, Morgan AH, Ries R. Global Appraisal of Individual needs Short Screener (GSS): Psychometric Properties and Performance as a Screening Measure in Adolescents. Am J Drug Alcohol Abuse, 35(3):157-160, 2009.

103. Bell R, Farmer S, Ries R, Srebnik D. Metabolic risk factors among Medicaid outpatients with schizophrenia receiving second-generation antipsychotics. Psychiatric Services 60:1686–1689, 2009.

104. Krupski, A., Sears, J.M., Joesch, J.M., Estee, S., He, L., Dunn, C., Huber, A., Roy-Byrne, P., Ries, R. (2010). Impact of brief interventions and brief treatment on admissions to chemical dependency treatment. Drug and Alcohol Dependence. 110 (1-2): 126-36, 2010.

105. Sears, J.M., Krupski A., Joesch, J.M., Estee, S.L., He, L., Shah, M.F., Huber, A., Dunn, C., Ries, R., Roy-Byrne, P.P. The use of administrative data as a substitute for individual screening scores in observational studies related to problematic alcohol or drug use. Drug and Alcohol Dependence. 111 (1-2): 89-96.

106. McDonell, M.G., Angelo, F., Sugar, A., Rainey, C., Srebnik, D., Short, R., Roll, J. Ries, R.K. A pilot study of the accuracy of onsite immunoassay urinalysis of illicit drug use in seriously mentally ill outpatients. The American Journal of Drug and Alcohol Abuse. 37 (2): 137-40, 2011.

107. McDonell, M.G., Howell, D., Srebnik, S., Angelo, F., Sugar, A.M., Rainey, C., Roll, J., Short, R., Ries, R. Evaluation of ethyl glucuronide immunoassay urinalysis in 5 alcohol dependent outpatients. The American Journal on Addictions, 20(5): 482-4, 2011.

108. Ries R, Wolitzky-Taylor KB, Operskalski JT, Craske MG, Roy-Byrne P. Treatment of comorbid substance use and anxiety disorders: a case study. J Addict Med, 5(4):248-253, 2011.

109. Wolitzky-Taylor K, Operskalski JT, Ries R, Craske MG, Roy-Byrne P. Understanding and treating comorbid anxiety disorders in substance users: review and future directions. J Addict Med, 5(4):233-47, 2011.

110. McDonell, M.G., Kaufman, E.K., Srebnik, D.S., Ciechanowski, P.S. & Ries, R.K. Barriers to Metabolic care for adults with serious mental illness: Provider perspectives. The International Journal of Psychiatry in Medicine. 41(4), 379-387, 2011.

111. McDonell, M.G., Hsiao, R.C., Russo, J., Pasic, J., Ries, R.K. Clinical prevalence and correlates of substance use in adolescent psychiatric emergency patients. Pediatric Emergency Care, 27(5): 384-9, 2011.

112. Kaufman, E.K., McDonell, M.G., Cristofalo, M.A., & Ries, R.K. Exploring barriers to primary care for patients with severe mental illness: frontline patient and provider accounts. Issues in Mental Health Nursing, 33(3), 172-180, 2012.

113. McDonell, M.G., Howell, D.N., McPherson, S., Cameron, J.M., Srebnik, D., Roll, J.M., Ries, R.K. Voucher-based reinforcement for alcohol abstinence using the ethyl-glucuronide alcohol biomarker. Journal of Applied Behavior Analysis, 45(1), 161-165, 2012.

114. McDonell, M.G., Kerbrat, A.H., Comtois, K.A., Russo, J., Lowe, J.M., & Ries, R.K. Validation of the co-occurring disorder quadrant model. Journal of Psychoactive Drugs, 44(3), 266-273, 2012.

115. Zatzick, D., Donovan, D., Dunn, C., Russo, J., Wang, J., Jurkovich, G., Rivara, F., Whiteside, L, Ries, R., Gentilello, L. Substance use and posttraumatic stress disorder symptoms in trauma center patients receiving mandated alcohol screening and brief intervention. Journal of Substance Abuse Treatment, 43(4): 410-7, 2012.

116. Bajgier, J., Bender, J., Ries, R. Use of templates for clinical documentation in psychiatric evaluations- beneficial or counterproductive for residents in training? International Journal of Psychiatry Medicine, 43(10): 99-103, 2012.

117. Krupski, A., Joesch, J.M., Dunn, C., Donovan, D., Bumgardner, K., Lord, S.P., Ries, R., Roy-Byrne, P. Testing the effects of brief intervention in primary care for problem drug use in a randomized controlled trial: rationale, design, and methods. Addiction Science and Clinical Practice, 7(1): 27, 2012.

118. Krupski, A., Sears, J.M., Joesch, J.M., Estee, S., He, L., Huber, A., Dunn, C., Roy-Byrne, P., Ries, R. Self-reported alcohol and drug use six months after brief intervention: do changes in reported use vary by mental-health status? Addiction Science and Clinical Practice, 7(1): 24, 2012.

119. Srebnik, D., Sugar, A., Coblentz, P., McDonell, M.G., Angelo, F., Lowe, J.M., Ries, R.K., & Roll, J.M. Acceptability of contingency management among clinicians and clients within a co-occurring mental health and substance use treatment program. American Journal on Addictions, 22(5): 432-6, 2013.

120. McDonell, M.G., Srebnik, D., Angelo, F., McPherson, S., Lowe, J.M., Sugar, A., Short, R.A., Roll, J.M., Ries, R.K. Randomized controlled trial of contingency management for psycho-stimulant use in community mental health outpatients with co-occurring serious mental illness. American Journal of Psychiatry, 170(1): 94-101, 2013.

121. Angelo, F.A., McDonell, M.G., Lewin, M.R., Srebnik, D., Lowe, J., Roll, J., Ries, R.K. Predictors of stimulant abuse treatment outcomes in severely mentally ill outpatients. Drug and Alcohol Dependence, 131(1-2): 162-5, 2013.

122. Grant, T.M., Brown, N.N., Dubovsky, D., Sparrow, J., Ries, R. The impact of prenatal alcohol exposure on addiction treatment. Journal of Addiction Medicine, 7(2): 87-95, 2013.

123. Voss, W.D., Kaufman, E., O'Connor, S.S., Comtois, K.A., Conner, K.R., Ries, R.K. Preventing addiction related suicide: A pilot study. Journal of Substance Abuse Treatment, 44(5): 565-9, 2013.

124. Black, A.C., McMahon, T.J., Rosenheck, R.A., Ball, S.A., Ries, R.K., Ames, D., Rosen, M.I. Development of the Clinician Assessment of Financial Incapability (CAFI). Psychiatry Research, 215(3): 784-9, 2014.

125. Collins, S. E., Saxon, A.J., Duncan, M.H., Smart, B. F., Merrill, J. O., Malone, D. K., Jackson, T. R., Clifasefi, S.L., Joesch, J., Ries, R. K. Extended-release naltrexone and harm reduction counseling for chronically homeless people with alcohol dependence. Contemporary Clinical Trials, 2014. doi: 10.1016/j.cct.2014.05.008

126. Roy-Byrne, P., Bumgardner, K., Krupski, A., Dunn, C., Ries, R., Donovan, D. West, I., Maynard, C., Atkins, D. C., Graves, M. C., Joesch, J. M., Zarkin, G. A. Brief intervention for problem drug use in safety-net primary care settings: A randomized clinical trial. Journal of American Medical Association, 312(5): 492-501, 2014. doi: 10.1001/jama.2014.7860

127. Srebnik, D. S., McDonnell, M. G., Ries, R. K., Andrus, G. Conflicts among CMHS clinicians over the role of urine drug testing. Psychiatry Services, 65(5): 700-701, 2014. doi: 10.1176/appi.ps.201300489

128. McDonnell, M., McPherson, S., Vilardaga, R. Srebnik, D., Angelo, F. N., Leickly, E., Saxon, A. J., Roll, J., Ries, R. Preliminary findings: Contingency management targeting psycho-stimulant use results in secondary decreases in smoking for severely mentally ill adults. American Journal of Addiction, 4, 407-410, 2014. doi: 10.1111/j.15211-0391.2013.12114.x

129. Collins, S. R., Saxon, A. J., Duncan, M. H., Smart, B. F., Merrill, J. O., Malone, D. K., Jackson, T. R., Clifasefi, S. L., Joesch, J., Ries, R. K. Harm reduction with pharmacotherapy for homeless people with alcohol dependence: Protocol for a randomized controlled trial. Contemporary Clinical Trials, 38(4): 221-34, 2014. doi: 10.1016/j.cct.2014.05.008

130. Collins, S. E., Duncan, M. H., Smart, B. F., Saxon, A. J., Malone, D. K., Jackson, T. R., Ries, R. K. Extended-release naltrexone and harm reduction counseling for chronically homeless people with alcohol dependence. Substance Abuse, 2014. doi: 10.1080/08897077.2014.904838

131. Yuodelis-Flores, C. & Ries, R. K. Addiction and suicide: A review. American Journal of Addiction, 2015. doi: 10.111/ajad.12185

132. Coblentz, P., Leickly, E., Chwastiak, L., Cristofalo, M. A., Ries, R. K., McDonell, M. G. Schizophrenia and metabolic syndrome in rural communities: Understanding barriers and improving care. Journal of Rural Mental Health, 39(1): 34-45, 2015. doi: 10.1037/rmh0000025

133. Leickly, E., McDonell, M. G., Vilardage, R., Angelo, F. A., Lowe, J.M., McPherson, S., Srebnik, D., Roll, J.M., Ries, R. K. High levels of agreement between clinic-based ethyl glucuronide (EtG) immunoassays and laboratory-based mass spectrometry. American Journal of Drug and Alcohol Abuse, 2015.

134. Lowe JM, McDonell MG, Leickly E, Angelo FA, Vilardaga R, McPherson S, Srebnik D, Roll J, Ries RK.    Determining ethyl glucuronide cutoffs when detecting self-reported alcohol use in addiction treatment patients. Alcohol Clin Exp Res 2015 May;39(5):905-10. doi: 10.1111/acer.12699. Epub 2015 Apr 10. PubMed PMID:25866234; PubMed Central PMCID: PMC440021.

135. Murphy SM, McDonell MG, McPherson S, Srebnik D, Angelo F, Roll JM, Ries RK. An economic evaluation of a contingency-management intervention for stimulant use among community mental health patients with serious mental illness. Drug Alcohol Depend. 2015 Aug 1;153:293-9. doi: 10.1016/j.drugalcdep.2015.05.004. Epub 2015 May 14. PubMed PMID: 26026494.

136. Vilardaga R, Rizo J, Kientz JA, McDonell MG, Ries RK, Sobel K. User Experience Evaluation of a Smoking Cessation App in People With Serious Mental Illness. Nicotine Tob Res. 2015 Nov 17. pii: ntv256. [Epub ahead of print] PubMed PMID: 26581430.

137. McDonell MG, Skalisky J, Leickly E, McPherson S, Battalio S, Nepom JR, Srebnik D, Roll J, Ries RK. Using ethyl glucuronide in urine to detect light and heavy drinking in alcohol dependent outpatients. Drug Alcohol Depend. 2015 Dec 1;157:184-7. doi: 10.1016/j.drugalcdep.2015.10.004. Epub 2015 Oct 9. PubMed PMID:26475403; PubMed Central PMCID: PMC4663163.

138. McDonell MG, Nepom JR, Leickly E, Suchy-Dicey A, Hirchak K, Echo-Hawk A, Schwartz SM, Calhoun D, Donovan D, Roll J, Ries R, Buchwald D. A culturally-tailored behavioral intervention trial for alcohol use disorders in three American Indian communities: Rationale, design, and methods. Contemp Clin Trials. 2015 Dec 17;47:93-100. doi: 10.1016/j.cct.2015.12.010. [Epub ahead of print] PubMed PMID: 26706667.

139. Margret CP, Ries RK. Assessment and Treatment of Adolescent Substance Use Disorders: Alcohol Use Disorders. Child Adolesc Psychiatr Clin N Am. 2016

Jul;25(3):411-30. doi: 10.1016/j.chc.2016.03.008. Review. PubMed PMID: 27338964.

140.  McDonell MG, Graves MC, West II, Ries RK, Donovan DM, Bumgardner K, Krupski A, Dunn C, Maynard C, Atkins DC, Roy-Byrne P. Utility of Point-of-care Urine DrugTests in the Treatment of Primary Care Patients With Drug Use Disorders. J Addict

Med. 2016 May-Jun;10(3):196-201. doi: 10.1097/ADM.0000000000000220. PubMed PMID:27159345; PubMed Central PMCID: PMC4880495.

141. Vilardaga R, Rizo J, Kientz JA, McDonell MG, Ries RK, Sobel K. User Experience Evaluation of a Smoking Cessation App in People With Serious Mental Illness. Nicotine Tob Res. 2016 May;18(5):1032-8. doi: 10.1093/ntr/ntv256. Epub 2015 Nov 17. PubMed PMID: 26581430; PubMed Central PMCID: PMC4900234.

142. Carmel A, Ries R, West II, Bumgardner K, Roy-Byrne P. Suicide risk and associated demographic and clinical correlates among primary care patients with recent drug use. Am J Drug Alcohol Abuse. 2016 May;42(3):351-7. doi: 10.3109/00952990.2015.1133634. Epub 2016 Feb 24. PubMed PMID: 26910262; PubMedCentral PMCID: PMC4877240.

143.  McDonell MG, Nepom JR, Leickly E, Suchy-Dicey A, Hirchak K, Echo-Hawk A, Schwartz SM, Calhoun D, Donovan D, Roll J, Ries R, Buchwald D. A culturally-tailored behavioral intervention trial for alcohol use disorders in three American Indian communities: Rationale, design, and methods. Contemp Clin Trials. 2016 Mar;47:93-100. doi: 10.1016/j.cct.2015.12.010. Epub 2015 Dec 17. PubMed PMID: 26706667; PubMed Central PMCID: PMC4818164.

144.  Lazar CM, Black AC, McMahon TJ, Rosenheck RA, Ries R, Ames D, Rosen MI. All-data approach to assessing financial capability in people with psychiatric disabilities. Psychol Assess. 2016 Apr;28(4):362-71. doi: 10.1037/pas0000179. Epub 2015 Jul 6. PubMed PMID: 26146947; PubMed Central PMCID: PMC4703571.

145.  Oluwoye O, Hirchak K, Leickly E, Skalisky J, McPherson S, Srebnik D, Roll JM, Ries RK, McDonell MG. Interaction between pre-treatment drug use and heterogeneity of psychiatric diagnosis predicts outcomes in outpatients with co-occurring disorders. Psychiatry Res. 2017 Nov 29;260:233-235. doi: 10.1016/j.psychres.2017.11.070. [Epub ahead of print] PubMed PMID: 29220679.

146. Leickly E, Skalisky J, Oluwoye O, McPherson SM, Srebnik D, Roll JM, Ries RK, McDonell MG. Homelessness predicts attrition but not alcohol abstinence in outpatients experiencing co-occurring alcohol dependence and serious mental illness. Subst Abus. 2017 Nov 21:1-4. doi: 10.1080/08897077.2017.1391926. [Epub ahead of print] PubMed PMID: 29161228.

147. Skalisky J, Leickly E, Oluwoye O, McPherson SM, Srebnik D, Roll JM, Ries RK, McDonell MG. Prevalence and Correlates of Cannabis Use in Outpatients with

Serious Mental Illness Receiving Treatment for Alcohol Use Disorders. Cannabis Cannabinoid Res. 2017 Jun 1;2(1):133-138. doi: 10.1089/can.2017.0006. eCollection 2017. PubMed PMID: 28861513; PubMed Central PMCID: PMC5569619.

148.  McDonell MG, Leickly E, McPherson S, Skalisky J, Hirchak K, Oluwoye O, Srebnik D, Roll JM, Ries RK. Pretreatment ethyl glucuronide levels predict response to a contingency management intervention for alcohol use disorders among adults with serious mental illness. Am J Addict. 2017 Oct;26(7):673-675. doi: 10.1111/ajad.12558. Epub 2017 Aug 18. PubMed PMID: 28833832; PubMed Central PMCID: PMC5610611.

149.  McDonell MG, West II, Ries RK, Donovan DM, Bumgardner K, Dunn C, Atkins DC, Roy-Byrne P, Maynard C. Response to Urine Drug Testing in a Family Residency
Practice. J Addict Med. 2017 May/Jun;11(3):243.
     doi:10.1097/ADM.0000000000000283. PubMed PMID: 28557962; PubMed Central PMCID: PMC5450156.

150.  Hallgren KA, Ries RK, Atkins DC, Bumgardner K, Roy-Byrne P. Prediction of Suicide Ideation and Attempt Among Substance-Using Patients in Primary Care. J Am Board Fam Med. 2017 Mar-Apr;30(2):150-160. doi: 10.3122/jabfm.2017.02.160264. PubMed PMID: 28379821; PubMed Central PMCID: PMC5505267.

151.  McDonell MG, Leickly E, McPherson S, Skalisky J, Srebnik D, Angelo F, Vilardaga R, Nepom JR, Roll JM, Ries RK. A Randomized Controlled Trial of Ethyl Glucuronide-Based Contingency Management for Outpatients With Co-Occurring Alcohol Use Disorders and Serious Mental Illness. Am J Psychiatry. 2017 Apr 1;174(4):370-377. doi: 10.1176/appi.ajp.2016.16050627. Epub 2017 Jan 31. PubMed PMID: 28135843; PubMed Central PMCID: PMC5378651.

152.  Roush JF, Brown SL, Jahn DR, Mitchell SM, Taylor NJ, Quinnett P, Ries R. Mental Health Professionals' Suicide Risk Assessment and Management Practices. Crisis. 2017 Sep 15:1-10. doi: 10.1027/0227-5910/a000478. [Epub ahead of print] PubMed PMID: 28914092.

Mental Health Professionals' Suicide Risk Assessment and Management Practices.
Roush JF, Brown SL, Jahn DR, Mitchell SM, Taylor NJ, Quinnett P, Ries R.
Crisis. 2018 Jan;39(1):55-64. doi: 10.1027/0227-5910/a000478. Epub 2017 Sep 15.
PMID: 28914092 [PubMed - indexed for MEDLINE]

153. Homelessness predicts attrition but not alcohol abstinence in outpatients experiencing co-

occurring alcohol dependence and serious mental illness.
Leickly E, Skalisky J, Oluwoye O, McPherson SM, Srebnik D, Roll JM, Ries RK, McDonell MG.
Subst Abus. 2018;39(3):271-274. doi: 10.1080/08897077.2017.1391926. Epub 2017 Dec 8.


154. Interaction between pre-treatment drug use and heterogeneity of psychiatric diagnosis predicts outcomes in outpatients with co-occurring disorders.
Oluwoye O, Hirchak K, Leickly E, Skalisky J, McPherson S, Srebnik D, Roll JM, Ries RK, McDonell MG.
Psychiatry Res. 2018 Feb;260:233-235. doi: 10.1016/j.psychres.2017.11.070. Epub 2017 Nov 29.


155. Randomized clinical trial evaluating the preliminary effectiveness of an integrated anxiety disorder treatment in substance use disorder specialty clinics.
Wolitzky-Taylor K, Krull J, Rawson R, Roy-Byrne P, Ries R, Craske MG.
J Consult Clin Psychol. 2018 Jan;86(1):81-88. doi: 10.1037/ccp0000276.
PMID: 29300100 [PubMed - indexed for MEDLINE] **Free PMC Article**


156. Contingency management intervention targeting co-addiction of alcohol and drugs among American Indian adults: Design, methodology, and baseline data.
Burduli E, Skalisky J, Hirchak K, Orr MF, Foote A, Granbois A, Ries R, Roll JM, Buchwald D, McDonell MG, McPherson SM.
Clin Trials. 2018 Dec;15(6):587-599. doi: 10.1177/1740774518796151. Epub 2018 Aug 29.
PMID: 30156433 [PubMed - indexed for MEDLINE] **Free PMC Article**
Similar articles


157. Serious Mental Illness in Heavy Drinkers Is Associated with Poor Treatment Outcomes in Outpatients with Co-occurring Disorders.
Oluwoye O, Leickly E, Skalisky J, McPherson S, Hirchak K, Srebnik D, Roll JM, Ries RK, McDonell MG.
Int J Ment Health Addict. 2018 Jun;16(3):672-679. Epub 2017 Oct 31.
PMID: 29973859 [PubMed] **Free PMC Article**
Similar articles


158. Change in anxiety sensitivity and substance use coping motives as putative mediators of treatment efficacy among substance users.
Wolitzky-Taylor K, Drazdowski TK, Niles A, Roy-Byrne P, Ries R, Rawson R, Craske MG.
Behav Res Ther. 2018 Aug;107:34-41. doi: 10.1016/j.brat.2018.05.010. Epub 2018 May 24.
PMID: 29852309 [PubMed - indexed for MEDLINE]
Similar articles


159. Who needs more than standard care? Treatment moderators in a randomized clinical trial comparing addiction treatment alone to addiction treatment plus anxiety disorder treatment for comorbid anxiety and substance use disorders.
Wolitzky-Taylor K, Niles AN, Ries R, Krull JL, Rawson R, Roy-Byrne P, Craske M.
Behav Res Ther. 2018 Aug;107:1-9. doi: 10.1016/j.brat.2018.05.005. Epub 2018 May 17.
PMID: 29800622 [PubMed - indexed for MEDLINE]

Similar articles

160. Using a randomized controlled trial to test whether modifications to contingency management improve outcomes for heavy drinkers with serious mental illness.
Oluwoye O, Skalisky J, Burduli E, Chaytor NS, McPherson S, Murphy SM, Herron J, Hirchak K, Burley M, Ries RK, Roll JM, McDonell MG.
Contemp Clin Trials. 2018 Jun;69:92-98. doi: 10.1016/j.cct.2018.04.010. Epub 2018 Apr 20.
PMID: 29680318 [PubMed - indexed for MEDLINE] Free PMC Article
Similar articles

161. User-Centered Design of Learn to Quit, a Smoking Cessation Smartphone App for People With Serious Mental Illness.
Vilardaga R, Rizo J, Zeng E, Kientz JA, Ries R, Otis C, Hernandez K.
JMIR Serious Games. 2018 Jan 16;6(1):e2. doi: 10.2196/games.8881.
PMID: 29339346 [PubMed] Free PMC Article

162. Effect of Augmenting Standard Care for Military Personnel With Brief Caring Text Messages for Suicide Prevention: A Randomized Clinical Trial.
Comtois KA, Kerbrat AH, DeCou CR, Atkins DC, Majeres JJ, Baker JC, Ries RK.
PMID: 3075849  JAMA Psychiatry 2019

Addiction and Suicide: A Review.
Yuodelis-Flores C, Ries RK.Focus (Am Psychiatr Publ). 2019 Apr;17(2):193-199. doi: 10.1176/appi.focus.17203. Epub 2019 Apr 10.PMID: 32021589

163. Perspectives on a contingency management intervention for alcohol use among consumers with serious mental illness.
Leickly E, Skalisky J, Angelo FA, Srebnik D, McPherson S, Roll JM, Ries RK, McDonell MG.
Psychiatr Rehabil J. 2019 Mar;42(1):26-31. doi: 10.1037/prj0000330. Epub 2018 Nov 26.
PMID: 30475006 [PubMed - indexed for MEDLINE] Free PMC Article
Similar articles

164. Formative, multimethod case studies of learn to quit, an acceptance and commitment therapy smoking cessation app designed for people with serious mental illness.
Vilardaga R, Rizo J, Ries RK, Kientz JA, Ziedonis DM, Hernandez K, McClernon FJ.
Transl Behav Med. 2019 Nov 25;9(6):1076-1086. doi: 10.1093/tbm/iby097.

165. Suicide-Related Training, Self-Efficacy, and Mental Health Care Providers' Reactions Toward Suicidal Individuals.
Mitchell SM, Taylor NJ, Jahn DR, Roush JF, Brown SL, Ries R, Quinnett P.

Crisis. 2020 Jan 10:1-8. doi: 10.1027/0227-5910/a000647. [Epub ahead of print]
PMID: 31918586 [PubMed - as supplied by publisher]
Similar articles

166. Association between methamphetamine use and retention among patients with opioid
use disorders treated with buprenorphine.
Tsui JI, Mayfield J, Speaker EC, Yakup S, Ries R, Funai H, Leroux BG, Merrill JO.
J Subst Abuse Treat. 2020 Feb;109:80-85. doi: 10.1016/j.jsat.2019.10.005. Epub 2019
Nov 18.
PMID: 31810594 [PubMed - in process]


167. What do clinicians want? Understanding frontline addiction
treatment clinicians' preferences and priorities to improve the design of
measurement-based care technology.
Tauscher JS, Cohn EB, Johnson TR, Diteman KD, Ries RK, Atkins DC,
Hallgren KA.Addict Sci Clin Pract. 2021 Jun 15;16(1):38. doi:
10.1186/s13722-021-00247-5.PMID: 34130724


168. Combining behavioral harm-reduction treatment and extended-
release naltrexone for people experiencing homelessness and alcohol
use disorder in the USA: a randomised clinical trial.
Collins SE, Duncan MH, Saxon AJ, Taylor EM, Mayberry N, Merrill JO,
Hoffmann GE, Clifasefi SL, Ries RK.     Lancet Psychiatry. 2021
Apr;8(4):287-300. doi: 10.1016/S2215-0366(20)30489-2. Epub 2021 Mar
10.PMID: 33713622


169. The rewarding recovery study: a randomized controlled trial of
incentives for alcohol and drug abstinence with a rural American Indian
community.
McDonell MG, Skalisky J, Burduli E, Foote A Sr, Granbois A, Smoker K,
Hirchak K, Herron J, Ries RK, Echo-Hawk A, Barbosa-Leiker C, Buchwald
D, Roll J, McPherson SM.Addiction. 2021 Jun;116(6):1569-1579. doi:
10.1111/add.15349. Epub 2021 Jan 14.PMID: 33220122


Contingency management for alcohol use disorder reduces cannabis use
among American Indian and Alaska Native adults.
Hirchak KA, Lyons AJ, Herron JL, Kordas G, Shaw JL, Jansen K, Avey JP,
McPherson SM, Donovan D, Roll J, Buchwald D, Ries R, McDonell MG;
HONOR Study Team.J Subst Abuse Treat. 2021 Dec 11:108693. doi:

24

10.1016/j.jsat.2021.108693. Online ahead of print    PMID: 34952747

Development and Initial Pilot Testing of a fully integrated treatment for comorbid social anxiety disorder and alcohol use disorder in a community-based SUD clinic setting.
Wolitzky-Taylor K, Sewart A, Karno M, Ries R, Stimson J.Behav Res Ther. 2022 Jan;148:103999. doi: 10.1016/j.brat.2021.103999. Epub 2021 Nov 17.PMID: 34813986

**Book Chapters:**

1. Ries RK: Alcoholism and anxiety. In Roy-Byrne P (Ed.), Anxiety: New Findings for the Clinician (pp. 123-148). Washington DC: APA Press, 1988.

2. Ries RK, Miller NS: Dual diagnosis: Concept, diagnosis and treatment. In Dunner DL (ed.), Current Psychiatric Therapy (pp. 131-138). Philadelphia: W.B. Saunders, 1993.

3. Ries RK: Dual Disorders: The Psychotic Patient. In Miller NS (ed.), Principles of Addiction Medicine, Baltimore: American Society of Addiction Medicine, 1994.

4. Murray R, Ries RK: Treatment of addiction and psychotic disorders. In Miller N, Gold M, Smith D (eds.), Manual of Therapeutics for Addictions, Wiley-Liss, 1997.

5. Ries RK, Sloan K, Miller N: Dual diagnosis: Concept, diagnosis and treatment. In Dunner D (ed.), Current Psychiatric Therapy, pp 173-180. Philadelphia: Saunders, 1997.

6. Ries R: Managed care and dual diagnosis: Who, what, where, why, and how much care? Monograph. In Kassebaum P. (ed.) TIE Communique. Chevy Chase, MD: The CDM Group, 1998.

7. Goldsmith J, Ries R: Substance Induced Mood Disorders. In *Principles of Addiction Medicine Vol III,* Chevy Chase: American Society of Addiction Medicine, 2003.

8. Tidey JW, Ries RK: People with Mental Illness. In Higgins ST, Silverman K, Heil SH (eds.) *Contingency Management in Substance Abuse Treatment*. New York: The Guilford Press, 2008.

9.  Ries RK, Galanter M, Tonigan JS: Twelve-Step facilitation: An adaptation for psychiatric practitioners and patients. In *American Psychiatric Publishing Textbook of Substance Abuse Treatment.* Arlington VA: American Psychiatric Publishing Inc, 2008.

10. Yuodelis-Flores C, Bennett M, Veitengruber J, Ries RK. Treatment of co-occurring disorders. In Ovsiew F and Munich R (eds.), *Principles of Inpatient Psychiatry*. Baltimore MD: Lippincott Williams & Wilkins, 2008.

11. Yuodelis-Flores C, Bennett WM, Meredith C, Ries RK. Addictions in Psychiatric Medicine. In Miller N and Gold M eds. *Addictions in Medicine: Principles and Practices.* London: John Wiley & Sons Ltd, 2008.

12. Pasic J, Ries R. Treatment of methamphetamine addiction that co-occurs with serious mental illness. In Roll JM, Rawson RA, Ling W, Shoptaw S eds. *Methamphetamine Addiction: From Basic Science To Treatment*, pp 230-245. New York: The Guilford Press, 2009.

13. Ries, R: Addiction and Suicide; in Nunes EV, Selzer J, Levounis P, Davies CA (eds), *Substance Dependence and Co-Occurring Psychiatric Disorders: Best Practices for Diagnosis and Clinical Treatment*. Kingston NJ: Civic Research Institute, 2010.

14. Goldsmith J,Youdelis-Flores  Ries R: Substance Induced Mood Disorders. In *Principles of Addiction Medicine Vol IV,* Walters/Kluers/Lippincott,  American Society of Addiction Medicine, 2008.

15. Youdelis-Flores, Goldsmith, J,   Ries R: Substance Induced Mood Disorders. In *Principles of Addiction Medicine Vol V,* Walters/Kluers/Lippincott,  American Society of Addiction Medicine, 2014.

**Books, Videos, etc.:**

1.  *Assessment and Treatment of Patients with Coexisting Mental Illness and Alcohol and Other Drug Abuse Treatment Improvement Protocol (TIP) Series, Number 9*. R Ries (ed.).  Washington D.C.: Center for Substance Abuse Treatment, 1994.

2.  *Dual Disorders.* 1992. Co-author and participant. Washington, D.C.: National Institute on Drug Abuse. Videocassette.

3.  *Dual Disorders 101 - Basic Issues*. 1996. Developer, author, participant, with Lurie H. Washington Institute for Mental Illness Research and Training. Videocassette.

4.  *Dual Disorders 102: Group Techniques*. 1996. Developer, author, participant with Lurie H. Washington Institute for Mental Illness Research and Training. Videocassette.

5.  *Principles of Addiction Medicine, Volume III,* AW Graham, TK Schultz, MF Mayo-Smith, RK Ries, BB Wilford (eds.). American Society of Addiction Medicine, Chevy Chase, 2003.

6.  *Substance Abuse Treatment for Persons with Co-Occurring Disorders. A Treatment Improvement Protocol TIP 42.* S Sacks and R Ries (eds.) DHHS Publication No. (SMA)05-3992. US Department of Health and Human Services, Rockville MD, 2005.

7.  *Psychotherapeutic Medications 2006: What every Counselor Should Know*, Ries R Co-editor, Mid America Addiction Technology Transfer Center, Kansas City Missouri, 2006.

8.  *Psychotherapeutic Medications 2008: What every Counselor Should Know*, Ries R Contributing Editor, Mid America Addiction Technology Transfer Center, Kansas City Missouri, 2008.

9.  *Principles of Addiction Medicine*. RK Ries, SC Miller, DA Fiellin, R Saitz (eds.). Lippincott Williams & Wilkins, 2008.

10. *The ASAM Principles of Addiction Medicine,* RK Ries, DA Fiellin, SC Miller, R Saitz. Lippincott Williams & Wilkins, Ed V, 2014.


**Selected Recent National presentations, Invited lectures, workshops,**

American Society of Addiction Medicine, national convention, Baltimore, 2015

> 12 step facilitation in persons with combined addiction and mental disorders

California Society of Addiction Medicine, Los Angeles, 2016

> "Benzodiazepines"

PCSS national web site 2016 : Opioid Use Disorder is a Tenacious Disease

CNS Prodictions 2017 "Twelve Step Programs"

KOMO News – 2017 – the Opioid Epidemic

Washington Society of Addiction Medicine ( Tulalip Wa- 2017)

> Recovery in Opioid Addictions

American Society of Addiction Medicine Board Review, Dallas, 2017

> "Benzodiazepines"

National Institute on Alcohol Abuse and Alcoholism, Washington DC 2017

> Alcohol, Addiction and Suicide workshop and developmental work group

American Academy of Addiction Psychiatry- Board Preparation Conference San Diego 2017

> "Benzodiazepines"

American Academy of Addiction Psychiatry Board Review Conference , San Diego 2017

> "Co-occurring Psychiatric and Addiction Disorders"

American Academy of Addiction Psychiatry, San Diego, 2017

> "Addiction-Overdose-Suicide, and the Gray Areas in Between"

*Richard K. Ries, 1/17/23*

American Psychiatric Association national convention New York City May 2018

> Symposium: " Suicide, Overdose, Self Harm, Addiction and the Gray Areas in Between"

Am Soc Addiction Medicine Board

> Prep course Dallas 2019 Co-occurring  Psychiatric and Addiction Disorders

Am Accad Addiction Psychiatry San Diego 2019

> Board Prep course – Benzodiazepines

> Board Prep course- Addiction and Suicide.

Washington State Society pf Addiction Medicine 2022 : Suicide and Overdose

Am Soc Addiction Medicine 2022, State of the ART faculty and presentations

Z:\cv\RIES CV 082808.doc mac 1/17/23