1                                                                                                           HONORABLE THOMAS S. ZILLY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ROSE JOHNSON, as the Personal Representative of the ESTATE OF RYAN M. SMITH on behalf of MARK SMITH, KAHLLENA A. SMITH, LUKE-MICAH JOHNSON, JALONE JOHNSON, and ROSE JOHNSON, and ROSE JOHNSON, individually,<br><br>                     Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a municipal corporation; CHRISTOPHER MYERS, an individual; RYAN BEECROFT, an individual; DANIEL JOHNSON, an individual, and DOES 1 through 50, inclusive,<br><br>                     Defendants. | NO. 2:22-cv-00609-TSZ<br><br>DEFENDANTS' LIST OF LAY AND EXPERT WITNESSES FOR TRIAL |

Pursuant to this Court's July 15, 2025, Minute Order at Docket No. 99, Defendants City of Seattle, Christopher Myers, and Ryan Beecroft ("Defendants") submit the following list of lay and expert witnesses whom they intend to call at trial.

DEFENDANTS' DISCLOSURE OF LAY
AND EXPERT WITNESSES FOR TRIAL
(2:22-cv-00609-TSZ) - 1

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## I. LAY WITNESSES

1. Officer Ryan Beecroft
   c/o Defense Counsel

Seattle Police Department Officer Ryan Beecroft is a named defendant and was a responding officer on May 8, 2019 and will testify regarding the officers' response to the 911 call, communications related to that call, the officers' forced entry into the apartment, Mr. Smith's actions and the threat he posed to Ms. Nolan and the officers, and his training and experience related to the incident and how it influenced his decision-making.

Officer Beecroft is unavailable from September 20-30, October 24-31 and November 13-16, 2025. He is otherwise available in the September 2025 to February 2026 timeframe.

2. Officer Joshua Knight
   c/o Defense Counsel

Seattle Police Department Officer Knight was a responding officer on May 8, 2019 and will testify regarding the officers' response to the 911 call, communications related to that call, the officers' forced entry into the apartment, Mr. Smith's actions and the threat he posed to Ms. Nolan and the officers, and his training and experience related to the incident and how it influenced his decision-making.

Officer Knight is unavailable on October 23 and 30, 2025. He is otherwise available in the September 2025 to February 2026 timeframe.

DEFENDANTS' DISCLOSURE OF LAY AND EXPERT WITNESSES FOR TRIAL (2:22-cv-00609-TSZ) - 2

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

3. Officer Christopher Myers
   c/o Defense counsel

Seattle Police Department Officer Christopher Myers is a named defendant and was a responding officer on May 8, 2019 and will testify regarding the officers' response to the 911 call, communications related to that call, the officers' forced entry into the apartment, Mr. Smith's actions and the threat he posed to Ms. Nolan and the officers, and his training and experience related to the incident and how it influenced his decision-making.

Officer Myers is out of the country from September 14-October 4, 2025; out of the state from October 5-13, 2025; and in mandatory training December 15-18, 2025. He is otherwise available in the September 2025 to February 2026 timeframe.

4. Officer Brian Muoio
   c/o Defense counsel

Seattle Police Department Officer Muoio was a responding officer on May 8, 2019 and will testify regarding the officers' response to the 911 call, communications related to that call, the officers' forced entry into the apartment, Mr. Smith's actions and the threat he posed to Ms. Nolan and the officers, and his training and experience related to the incident and how it influenced his decision-making.

5. Katy Nolan
   617 3rd Ave. W., Apt. 314
   Seattle, WA 98119
   (206) 295-2480

Ms. Nolan was the victim who called 911 on May 8, 2019 in response to the domestic violence incident happening within her apartment involving Ryan Smith. Ms. Nolan will testify regarding the assault from Mr. Smith that prompted her to call 911, Mr. Smith's consumption of

DEFENDANTS' DISCLOSURE OF LAY
AND EXPERT WITNESSES FOR TRIAL
(2:22-cv-00609-TSZ) - 3

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

alcohol prior to the May 8, 2019 shooting, Mr. Smith's relationship with his mother and other family members, Mr. Smith's work history, and other matters relevant to the shooting and Plaintiffs' claimed damages.

6. Sergeant Mark Grinstead
   c/o Defense Counsel

Seattle Police Department Sergeant Grinstead was the assigned CSI (Crime Scene Investigations) Sergeant on May 8, 2019 and may testify regarding ballistics and other forensic information related to the May 8, 2019 shooting.

7. Daniel Johnson
   c/o Defense Counsel

Mr. Johnson is a 911 call-taker for the City of Seattle Police Department and he will testify regarding his actions while handling the 911 call from Katy Nolan on May 8, 2019 and his training and experience as it relates to that call.

Mr. Johnson has no conflicts in the September 2025 to February 2026 timeframe.

8. Stephanie Rezentes
   c/o Defense Counsel

Ms. Rezentes is a 911 dispatcher for the City of Seattle Police Department and she will testify regarding her actions while dispatching the 911 call from Katy Nolan on May 8, 2019 and her training and experience as it relates to that call.

9. Dawn C. Sklerov, Forensic Scientist
   Washington State Patrol Toxicology Lab
   2203 Airport Way S. STE 360
   Seattle, WA 98134
   (206) 262-6100

DEFENDANTS' DISCLOSURE OF LAY AND EXPERT WITNESSES FOR TRIAL (2:22-cv-00609-TSZ) - 4

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

Forensic Scientist Sklerov signed the toxicology test report regarding the examination performed on Ryan Smith's blood after the May 8, 2019 officer-involved shooting event. She will testify regarding the process for testing and determining Mr. Smith's blood alcohol concentration (BAC) and the levels ethanol in Mr. Smith's system at the time of his death. She will be called to testify that Mr. Smith had a blood ethanol content of 0.36.ng/100mL.

Ms. Sklerov is unavailable from October 27-31, 2025.

10. Farshaad Bilimoria, M.D.
King County Medical Examiner's Office
Harborview Medical Center
325 Ninth Avenue
Seattle, WA 98104-2499
(206) 731-3232

Dr. Bilimoria is an Assistant Medical Examiner who conducted the autopsy of Ryan Smith, as set forth in the Autopsy Report. Defendants may call Dr. Bilimoria to testify to the results of that autopsy, including the levels of ethanol detected in Mr. Smith's blood samples, as well as the process for taking those blood samples. Dr. Bilimoria may also be called to testify to the physiological impacts on Mr. Smith that having a blood alcohol concentration of 0.36 ng/100mL would have had on Mr. Smith during the incident at issue.

Dr. Bilimoria is unavailable from October 20-24, 2025.

11. Assistant Chief Lori Aagard
c/o Defense counsel

Assistant Chief of Police Lorie Aagard may testify regarding the internal review process related to the May 8, 2019, shooting, including the Force Review Board investigations and findings. She also has knowledge and information related to applicable Seattle Police Department policies and procedures and may testify regarding Office Myers' and Officer Beecroft's

DEFENDANTS' DISCLOSURE OF LAY AND EXPERT WITNESSES FOR TRIAL (2:22-cv-00609-TSZ) - 5

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

compliance with them. AC Aagard may also be called to testify regarding other shooting incidents involving Officer Myers, should those prior incidents be implicated in any *Monell* claim that may survive Defendants' pending motion for partial summary judgment.

AC Aagard has no conflicts (other than the holidays) in the September 2025 to February 2026 timeframe.

## II.    EXPERT WITNESSES

12.    Rachael Doniger
P. O. Box 1792
Snohomish, WA 98291

Ms. Doniger is a 911 call taking and dispatching expert. Ms. Doniger will testify pursuant to her opinions expressed in the written report dated October 2, 2023. Her opinions detail widely accepted practices in the 911 call taking and dispatching field and how Daniel Johnson and Stephanie Rezentes complied with them. She will testify to those opinions, subject and in accordance with the Court's rulings in Docket No. 98 and at the July 18, 2025, hearing.

13.    Rachael Frost
FrostIced
39252 Winchester Road, Ste 107-169
Murrieta, CA 92563

Ms. Frost is an investigator and police practices expert with specialized knowledge regarding domestic violence. Ms. Frost will testify pursuant to her opinions expressed in the written report dated October 2, 2023. Her opinions detail the dangers of domestic violence, the importance of police response to domestic violence calls, the training associated with those responses, as well as the exigency posed by domestic violence incidents. She will testify to those opinions, subject to and in accordance with the Court's rulings in Docket No. 98 and at the July 18, 2025 hearing.

DEFENDANTS' DISCLOSURE OF LAY
AND EXPERT WITNESSES FOR TRIAL
(2:22-cv-00609-TSZ) - 6

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

14. Chris Nielsen
    Valor Resource Group
    27200 272nd Ave SE, Ste 129
    Ravensdale, WA 98051

Mr. Nielsen is a police practices expert. Mr. Nielsen will testify pursuant to his opinions expressed in the written report dated October 2, 2023. Mr. Nielsen will testify to widely accepted police practices and training regarding domestic violence calls, encounters with subjects wielding knives and the use of force in response to the threat posed by such subjects, breaching and entering residences to protect domestic violence victims in response to 911 calls, and other police practices matters related to the May 8, 2019, incident. He will testify to those opinions, subject to and in accordance with the Court's rulings in Docket No. 98 and at the July 18, 2025, hearing.

Mr. Nielsen is unavailable from October 12-18, 2025, and December 28, 2025 – January 4, 2025. There is a possibility he will be out of the state the last two weeks of January through the end of February with a greater possibility of that he will be out of the state for at least all of February. If that is the case, he could arrange to return for trial testimony or, alternatively, testify remotely.

15. William Neale
    JS Held
    6070 Greenwood Plaza Blvd, Ste 200
    Greenwood Village, CO 80111

William Neale is an accident reconstruction expert. Mr. Neale will testify pursuant to his opinions and materials set forth in his report dated January 5, 2023, as well as the synchronization of body-worn video and creation of overhead diagrams that show the movements of the officers and Mr. Smith during the May 8, 2019, incident. He will testify to those opinions and his work product, subject to and in accordance with the Court's rulings in Docket No. 98 and at the July 18,

DEFENDANTS' DISCLOSURE OF LAY AND EXPERT WITNESSES FOR TRIAL (2:22-cv-00609-TSZ) - 7

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

2025, hearing.

Mr. Neale currently has the following trial conflicts: September 8-23, October 1-3, 9-10, 13-15, 20-22, November 3,4, 18-28, December 1-3, 22-31, January 1-5 and February 13-19.

16.   Richard K. Ries, M.D.
RRies Expert, LLC
1108 16th Ave.
Seattle, WA 98112

Dr. Richard Ries is a is a Psychiatrist and Addiction expert. Dr. Ries will testify pursuant to his opinions expressed in the written report dated October 2, 2023. Dr. Ries will explain the medical significance of Mr. Smith's 0.36 blood alcohol concentration (BAC) and his level of intoxication from that BAC, the effect his BAC and intoxication had on him ("worsen[ing] his agitated, aggressive, and assaultive behavior"), how Mr. Smith's BAC and intoxication would have impacted his brain chemistry and ability to communicate with police and respond to commands, and how his BAC and intoxication would impact a propensity for violence. Dr. Ries will testify to those opinions and his work product, subject to and in accordance with the Court's rulings in Docket No. 98 and at the July 18, 2025, hearing.

DEFENDANTS' DISCLOSURE OF LAY
AND EXPERT WITNESSES FOR TRIAL
(2:22-cv-00609-TSZ) - 8

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED this 17th day of July, 2025.

                KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Ann E. Trivett*
Ann E. Trivett, WSBA #39228

By: */s/ Thomas Miller*
Thomas P. Miller, WSBA #34473
*Attorneys for Defendants*

1201 Third Avenue, Suite 1580
Seattle, Washington 98101
Phone: (206) 623-8861
Email: atrivett@kbmlawyers.com
       tmiller@kbmlawyers.com

DEFENDANTS' DISCLOSURE OF LAY AND EXPERT WITNESSES FOR TRIAL (2:22-cv-00609-TSZ) - 9

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2025, I emailed Defendants' Fed. R. Civ. (26(a)(2) Disclosure of Expert Testimony and attached exhibits to the following:

**Attorneys for Plaintiffs**
Brian M. Sullivan, WSBA #38066
SULLIVAN LAW GROUP, PLLC
2932 Hoyt Avenue
Everett, WA  98201
Phone: 425-322-1076
Email:  brian@sullivanpllc.com

**Attorneys for Plaintiffs**
Joseph Rome, WSBA #37651
LAW OFFICE OF JOSEPH ROME, INC., P.S.
4055 Lake Washington Blvd NE, Suite 240
Kirkland, WA  98033
Phone: 425-429-1729
Email:  jrome@josephromelaw.com

DATED:  July 17, 2025

  */s/ Thomas P. Miller*
Thomas P. Miller, WSBA #34473
1201 Third Avenue, Suite 1580
Seattle, Washington 98101
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: tmiller@kbmlawyers.com

DEFENDANTS' DISCLOSURE OF LAY AND EXPERT WITNESSES FOR TRIAL (2:22-cv-00609-TSZ) - 10

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423