THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE JOHNSON, individually and as the Personal Representative of the Estate of Ryan M. Smith, on behalf and all beneficiaries MARK SMITH, KAHLLENA A. SMITH, LUKE-MICAH JOHONS, JALONE JOHNSON, and ROSE JOHNSON,<br><br>    Plaintiffs,<br> v.<br><br>THE CITY OF SEATTLE, a municipal corporation; CHRISTOPHER MYERS, an individual; RYAN BEECROFT an individual; DANIEL JOHNSON an individual, and DOES 1 through 50, inclusive.<br><br>    Defendants. | No. 2:22-cv-00609-TSZ<br><br>PLAINTIFF'S LIST OF ANTICIPATED LAY AND EXPERT WITNESSES WITH BRIEF SUMMARIES |

  Pursuant to the Court's Minute Order dated July 15, 2025 (Dkt. #99), Plaintiffs submit the following list of anticipated lay and expert witnesses, along with brief summaries of their expected testimony, in advance of the July 18, 2025 hearing and scheduling conference.

  ///

  ///

PLAINTIFF'S LIST OF ANTICIPATED LAY AND EXPERT WITNESSES WITH BRIEF SUMMARIES
(2:22-cv-00609-TSZ)

PAGE 1 of 6

SULLIVAN LAW GROUP, PLLC
2932 Hoyt Avenue, Everett, WA 98201
Tel: (425) 322-1076

## I. LAY AND FACT WITNESSES

1. Rose Johnson
   C/o Sullivan Law Group
   2932 Hoyt Avenue
   Everett, WA 98021

As the mother of Ryan Smith, and personal representative of his estate; she will testify to all matters related to Plaintiff's damages including but not limited to her son's background, life circumstances, mental health history, relationship with family, and the impact of his death.

2. Kahllena Smith
   C/o Sullivan Law Group
   2932 Hoyt Avenue
   Everett, WA 98021
   Plaintiff: Ryan Smith's Sister. She will testify to all matters related to Plaintiffs' damages.

3. Luke-Micah Johnson
   C/o Sullivan Law Group
   2932 Hoyt Avenue
   Everett, WA 98021
   Plaintiff: Ryan Smith's Brother. He will testify to all matters related to Plaintiffs' damages.

4. Jalon Elishah Johnson
   C/o Sullivan Law Group
   2932 Hoyt Avenue
   Everett, WA 98021
   Plaintiff: Ryan Smith's Brother. He will testify to all matters related to Plaintiffs' damages.

5. Mark Smith
   C/o Sullivan Law Group
   2932 Hoyt Avenue
   Everett, WA 98021
   Plaintiff: Ryan Smith's Father. He will testify to all matters related to Plaintiffs' damages.

Each of the above are all surviving family members and will testify to their relationships with Ryan Smith and the emotional and personal losses sustained.

6. Daniel Johnson
C/o Keating Bucklin & McCormack, Inc., P.S
801 2nd Avenue, Ste. 1210
Seattle, WA 98104
Mr. Johnson was the was the Seattle Police Department call taker.

7. Stephanie Rezentes
C/o Keating Bucklin & McCormack, Inc., P.S
801 2nd Avenue, Ste. 1210
Seattle, WA 98104
Ms. Rezentes was the Seattle Police Department dispatcher.

8. Katy Nolan
25 W. Roy Street, Unit 207
Seattle, WA 98119
Ms. Nolan was the complaining witness / 911 caller in this case.

9. Christopher Myers
C/o Keating Bucklin & McCormack, Inc., P.S
801 2nd Avenue, Ste. 1210
Seattle, WA 98104
Mr. Myers is one of the SPD officers involved in the underlying shooting.

10. Ryan Beecroft
C/o Keating Bucklin & McCormack, Inc., P.S
801 2nd Avenue, Ste. 1210
Seattle, WA 98104
Mr. Beecroft is one of the SPD officers involved in the underlying shooting.

11. Brian Muoio
C/o Keating Bucklin & McCormack, Inc., P.S
801 2nd Avenue, Ste. 1210
Seattle, WA 98104
Mr. Muoio is one of the SPD officers present for the underlying shooting.

12. Joshua Knight
C/o Keating Bucklin & McCormack, Inc., P.S
801 2nd Avenue, Ste. 1210
Seattle, WA 98104
Mr. Knight is one of the SPD officers present for the underlying shooting.

///

///

13. SPD Captain Greg Caylor
C/o Keating Bucklin & McCormack, Inc., P.S
801 2nd Avenue, Ste. 1210
Seattle, WA 98104

Captain Caylor will testify as Seattle's 30(b)(6) deposition representative regarding Seattle Police Department, its policies, customs, training, and review of this incident.

## II.   EXPERT WITNESSES

1. Glen Andrew Haas, DPA
Las Vegas, NV

At this time, it is anticipated that he will testify regarding the opinions set forth in his report, including police tactics, training standards, supervision, and policy compliance. His testimony will include an analysis of the conduct of the involved SPD officers in light of accepted law enforcement practices and national standards. In addition, he is expected to respond to defense expert opinions within these subject areas. His opinions will be based on his review of the records and materials in this case, as well as his training, knowledge, and experience in the field.

Dr. Haas is unavailable September 8,9, and 12, October 7, 8, and 10, November 4, December 10,11, and 12.

## III.   RESERVATION OF RIGHTS

Plaintiffs reserve all of their rights under the Federal Rules of Civil Procedure and applicable law. Nothing in this disclosure should be construed as a waiver of any rights. Without limitation, the plaintiffs specifically and expressly reserve their rights as follows:

1. To object to the admissibility of the testimony of any of the witnesses identified herein.
2. To object to the admissibility of any document and/or excerpt thereof identified herein.

PLAINTIFF'S LIST OF ANTICIPATED LAY AND EXPERT WITNESSES WITH BRIEF SUMMARIES
(2:22-cv-00609-TSZ)

PAGE 4 of 6

SULLIVAN LAW GROUP, PLLC
2932 Hoyt Avenue, Everett, WA 98201
Tel: (425) 322-1076

3. To assert any privilege and/or protection available under applicable law.

4. To call as a witness any individual identified as a witness by any other party to this litigation.

5. To supplement this disclosure to identify additional individuals, documents, and/or address claimed damages as may be appropriate, whether to impeach or to address facts or theories that may be developed.

DATED this 17th day of July 2025.

By: s/ Brian M. Sullivan
Brian M. Sullivan, WSBA # 38066
SULLIVAN LAW GROUP, PLLC
2932 Hoyt Avenue, Everett, WA 98201
Telephone: 425-322-1076
Fax: 425-609-3760
brian@sullivanpllc.com
Counsel for Plaintiff

By: s/ Joseph Rome
Joseph Rome, WSBA # 37651
LAW OFFICE OF JOSEPH ROME, INC., P.S.
4055 Lake Washington Blvd NE, Suite 240
Kirkland, WA 98033
Telephone: 425-429-1729
Fax: 877-730-9808
jrome@josephromelaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I have served the true and correct copy of the foregoing upon the individual(s) listed herein by the following means:

| Attorneys For Defendants:<br><br>Ann E. Trivett, WSBA #39228<br>Thomas P. Miller, WSBA #34473<br>Rakiah B. Adams, WSBA #58799<br>Keating Bucklin & McCormack, Inc., P.S.<br>801 2nd Avenue, Ste. 1210<br>Seattle, WA 98104<br>206-623-8861 | [ ]   U.S. Postal Service (First Class)<br>[x]   Electronically via CM/ECF<br>[x]   Emailed to:<br><br>ann@kbmlawyers.com<br>tom@kbmlawyers.com<br>radams@kbmlawyers.com<br>shawn@eliteparalegalservices.com<br>SDamianick@kbmlawyers.com<br>smmcrorie@kbmlawyers.com |
|---|---|
| Dated: July 17, 2025 | /s/ Suleyhma Padilla<br>Suleyhma Padilla, Paralegal |

PLAINTIFF'S LIST OF ANTICIPATED LAY AND EXPERT WITNESSES WITH BRIEF SUMMARIES
(2:22-cv-00609-TSZ)

PAGE 6 of 6

SULLIVAN LAW GROUP, PLLC
2932 Hoyt Avenue, Everett, WA 98201
Tel: (425) 322-1076